IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA, )  Civil No. 03:07-cv-4762-PJH
 )
Plaintiff, ) **ANSWER**
 ) **OF YURIJ DEBEVC**
Vs. )
 )
CHARLES CATHCART, et al. )
 )
Defendants. )

COMES NOW Yurij Debevc, and responding to the Complaint for Permanent Injunction and Other Equitable Relief states as follows:

1. Defendant Yurij Debevc denies each and every allegation of the Complaint and demands strict proof of each allegation contained in the Complaint.

2. Defendant is informed and believes that defendant Veridia Solutions LLC has entered a Stipulation for a Final Judgment of Permanent Injunction against Veridia Solutions, LLC with the attorney for the plaintiff, Mr. Newman, and defendant states that this Stipulation has no effect whatsoever upon the undersigned, in an individual or pursuant to any theory relating to an alter ego, respondeat superior capacity or management or ownership relationship between the undersigned and Veridia Solutions, LLC.

3. The Complaint fails to state a cause of action upon which relief can be granted, is vague, uncertain, and fails to state with particularity any wrongful conduct of the undersigned, and should be dismissed pursuant to the Federal Rules of Civil Procedure, Rule 12(b)(6).

5. Plaintiff attempted service upon the undersigned as the "registered agent" of Derivium Capital, LLC. The undersigned is without power or authority to accept service on behalf of Derivium Capital, LLC and rejects the same. Derivium Capital, LLC is under protection of the bankruptcy court for the District of South Carolina and respondent is powerless to take any action to respond on behalf of Derivium Capital, LLC.

//

RESPECTFULLY SUBMITTED:

_____
YURIJ DEBEVC
1483 Burningtree Road
Charleston, South Carolina  29412
Tel 843 762 6116

Charleston, South Carolina
19 November 2007

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Answer on the plaintiff by first class, certified, return receipt mail on this the 19th day of November, 2007.

_____
YURIJ DEBEVC