UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States of America

      Plaintiff(s),
v.
Charles Cathcart et al.

      Defendant(s).

CASE NO. C 07 4762 PJH

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Allyson B. Baker, an active member in good standing of the bar of District of Columbia (particular court to which applicant is admitted) whose business address and telephone number is United States Department of Justice, Civil Tax Division
P.O. Box 7238
Washington, D.C. 20044; PH: 202-353-8031
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the United States of America

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 11/27/07

            United States District Judge