IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. C 07 4762 PJH |
| | ) | |
| CHARLES CATHCART *ET AL*. | ) | |
| | ) | |
| Defendants. | ) | |

NOTICE OF APPEARANCE

Allyson B. Baker, the undersigned, enters an appearance in this case as counsel for Plaintiff, the United States.

November 30, 2007

                                            Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney

                                            /s/ Allyson B. Baker
                                            ALLYSON B. BAKER
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            Post Office Box 7238
                                            Ben Franklin Station
                                            Washington, D.C.  20044
                                            Telephone: (202) 202-353-8031
                                            Email: allyson.b.baker@usdoj.gov

                                            Attorneys for the United States

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Farley J. Neuman (fneuman@jgn.com)
Tom Prountzos (tprountzos@jgn.com)
Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104

Attorneys for Defendant, Robert Nagy

     I further certify that on November 30, 2007, service of the foregoing was made upon the following by depositing a copy in the United States mail, postage prepaid, this 30th day of November, 2007:

Eric L. Webb
Bartsch & Webb
317 Rosencrans Avenue
Manhattan Beach, CA 90266
Attorney for Charles Cathcart

Yuri Debevc (*pro se*)
1483 Burningtree Road
Charleston, SC 29412

/s/ Allyson B. Baker
ALLYSON B. BAKER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 202-353-8031
Email: allyson.b.baker@usdoj.gov

Attorney for the United States