IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 03:07-cv 4762 -PJH |
| CHARLES CATHCART *et al*. | ) | |
| Defendants. | ) | |

**MOTION FOR ENTRY OF FINAL JUDGMENT OF PERMANENT INJUNCTION AGAINST DERIVIUM CAPITAL LLC**

Plaintiff, the United States of America, moves for entry of a final judgment of permanent injunction against Derivium Capital, LLC in the agreed form submitted with this motion.

December 6, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/ Allyson B. Baker
ALLYSON B. BAKER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 202-353-8031
Email: allyson.b.baker@usdoj.gov

Attorneys for the United States

*Motion for Entry of Permanent Injunction*
Case No. 07-4762-PJH

**CERTIFICATE OF SERVICE**

I hereby certify that on December 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Farley J. Neuman (fneuman@jgn.com)
Tom Prountzos (tprountzos@jgn.com)
Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
*Attorneys for Defendant, Robert Nagy*

I further certify that on December 6, 2007, service of the foregoing was made upon the following by depositing a copy in the United States mail, postage prepaid:

Eric L. Webb
Bartsch & Webb
317 Rosencrans Avenue
Manhattan Beach, CA 90266
*Attorney for Charles Cathcart*

Yuri Debevc (*pro se*)
1483 Burningtree Road
Charleston, SC 29412

John B. Kern
International Law, LLC
180 East Bay Street, Suite 200
Charleston, South Carolina 29401
*Attorney for Veridia Solutions, LLC*

Betsy Johnson Burn
Nelson Mullins Riley & Scarborough LLP
Meridian, 17th Floor
1320 Main Street
Columbia, South Carolina 29201
*Attorney for Derivium Capital LLC*

David Porter
333 Sacramento Street
San Francisco, California 94111
*Attorney for Scott Cathcart*

/s/ Allyson B. Baker
ALLYSON B. BAKER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 202-353-8031
Email: allyson.b.baker@usdoj.gov