SCOTT N. SCHOOLS
United States Attorney
THOMAS MOORE (ASBN 4305-O78T
Assistant United States Attorney
Chief, Tax Division
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6935
HUONG T. BAILIE (NYBN 4035739)
Special Trial Attorney
160 Spear Street, 9th Floor
San Francisco, California 94105
Telephone: (415) 227-5123
ALLYSON B. BAKER (DCBN 47083)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 202-353-8031
Facsimile: (202) 514-6770
Email: allyson.b.baker@usdoj.gov

Attorneys for Plaintiff, the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES CATHCART *et al*. )<br>)<br>Defendants. ) | Civil No. 03:007-cv-4762-PJH<br>Motion for Entry of Final Judgment of<br>Permanent Injunction Against Veridia<br>Solutions, LLC<br><br>*Notice: No hearing requested.* |

Plaintiff, the United States of America, moves for entry of a final judgment of permanent injunction against Veridia Solutions, LLC in the agreed form submitted with this motion.

*Motion for Entry of Final Judgment of Permanent Injunction Against Veridia Solutions* Case No. 07-4762-PJH

December 11, 2007

        Respectfully submitted,

        SCOTT N. SCHOOLS
        United States Attorney

        THOMAS MOORE
        Assistant United States Attorney
        Chief, Tax Division


        /s/ Allyson B. Baker
        ALLYSON B. BAKER
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 7238
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 202-353-8031
        Email: allyson.b.baker@usdoj.gov

        Attorneys for the United States

*Motion for Entry of Final Judgment of Permanent Injunction Against Veridia Solutions* Case No. 07-4762-PJH

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Farley J. Neuman (fneuman@jgn.com)
Tom Prountzos (tprountzos@jgn.com)
Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
*Attorneys for Defendant, Robert Nagy*

I further certify that on December 11, 2007, service of the foregoing was made upon the following by depositing a copy in the United States mail, postage prepaid:

Eric L. Webb
Bartsch & Webb
317 Rosencrans Avenue
Manhattan Beach, CA 90266
*Attorney for Charles Cathcart*

David Porter
333 Sacramento Street
San Francisco, California 94111
*Attorney for Scott Cathcart*

Yuri Debevc (*pro se*)
1483 Burningtree Road
Charleston, SC 29412

John B. Kern
International Law, LLC
180 East Bay Street, Suite 200
Charleston, South Carolina 29401
*Attorney for Veridia Solutions, LLC*

Betsy Johnson Burn
Nelson Mullins Riley & Scarborough LLP
Meridian, 17th Floor
1320 Main Street
Columbia, South Carolina 29201
*Attorney for Derivium Capital LLC*

/s/ Allyson B. Baker
ALLYSON B. BAKER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 202-353-8031
Email: allyson.b.baker@usdoj.gov

*Motion for Entry of Final Judgment of Permanent Injunction Against Veridia Solutions* Case No. 07-4762-PJH