SCOTT N. SCHOOLS
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6935
HUONG T. BAILIE (NYBN 4035739)
Special Trial Attorney
160 Spear Street, 9th Floor
San Francisco, California 94105
Telephone: (415) 227-5123
ALLYSON B. BAKER (DCBN 470873)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 202-353-8031
Facsimile: (202) 514-6770
Email: allyson.b.baker@usdoj.gov

Attorneys for Plaintiff, the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES CATHCART *et al*. ) <br> ) <br> ) <br> Defendants. ) | Civil No. 3:07-cv-4762-PJH <br><br> **APPLICATION FOR DEFAULT JUDGMENT AGAINST DERIVIUM CAPITAL USA, INC**. <br> Notice: *No hearing requested* |

The United States of America respectfully requests that the Court enter a default judgment against Defendant Derivium Capital (USA), Inc., ("Derivium USA") for its failure to answer or otherwise respond to the Complaint.

In support of this request, the United States alleges as follows:

1. On October 10, 2007, Derivium USA's registered agent, Corporation Service Company, was served as set forth in Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure. *See*

2. On October 10, 2007, Derivium USA was served by leaving the summons and copy of the complaint with Jody Wiley, a legal assistant employed by Corporation Service Company, who is over eighteen years of age.

3. Under Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, Derivium USA had twenty days from October 10, to answer or otherwise respond to the Complaint. This time period expired on October 30, 2007.

4. To date, Derivium USA has neither filed nor served an answer or other response to the Complaint.

*Application for Entry of Default*
Case No. 07-4762-PJH

December 17, 2007

        Respectfully submitted,

        SCOTT N. SCHOOLS
        United States Attorney

        /s/ Allyson B. Baker
        ALLYSON B. BAKER
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 7238
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 202-353-8031
        Email: allyson.b.baker@usdoj.gov

        Attorneys for the United States

**CERTIFICATE OF SERVICE**

    I hereby certify that on December17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Farley J. Neuman (fneuman@jgn.com)
Tom Prountzos (tprountzos@jgn.com)
Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
*Attorneys for Defendant, Robert Nagy*

    I further certify that on December 17, 2007, service of the foregoing was made upon the following by depositing a copy in the United States mail, postage prepaid:

Yuri Debevc (*pro se*)
1483 Burningtree Road
Charleston, SC 29412

    /s/ Allyson B. Baker
ALLYSON B. BAKER
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 202-353-8031
Email: **allyson.b.baker@usdoj.gov**

*Application for Entry of Default*
Case No. 07-4762-PJH      - 3 -