# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-4762-PJH

V.

CHARLES CATHCART, ET AL.

TO: (Name and address of defendant)

ROBERT NAGY
2328 Portside Way
Charleston, South Carolina 29407

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THOMAS M. NEWMAN
PO BOX 7238
BEN FRANKLIN STATION
WASHINGTON, DC 20044

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE OCT X 2007

THELMA NUDO
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | | DATE 10/10/07 |
| Name of SERVER Roderick Sullivan | | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: 2328 Portside Way Charleston, SC 29407

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: His Son

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    10/11/07
             Date

*Signature of Server* (signed: Roderick Sullivan)

1832 Gippy Ln. Charleston, SC
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure