# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | SUMMONS IN A CIVIL CASE |
| | CASE NUMBER: 07-4762-PJH |
| V. | |
| CHARLES CATHCART, ET AL. | |

TO: (Name and address of defendant)

YURIJ DEBEVC
1483 Burningtree Road
Charleston, South Carolina 29412

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THOMAS M. NEWMAN
PO BOX 7238
BEN FRANKLIN STATION
WASHINGTON, DC 20044

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE OCT X 5 XX

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10/10/07 |
| Name of SERVER  Roderick Sullivan | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served Personally upon the Defendant. Place where served: 1483 Burningtree Rd. Charleston, SC 29412

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___10/11/07___
Date

*Signature of Server*

1832 Gippy Ln Charleston, SC
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure