1  SCOTT N. SCHOOLS
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T
   Assistant United States Attorney
3  Chief, Tax Division
   9th Floor Federal Building
4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
5  Telephone: (415) 436-6935
   HUONG T. BAILIE (NYBN 4035739)
6  Special Trial Attorney
   160 Spear Street, 9th Floor
7  San Francisco, California 94105
   Telephone: (415) 227-5123
8  ALLYSON B. BAKER (DCBN 470873)
   Trial Attorney, Tax Division
9  U.S. Department of Justice
   Post Office Box 7238
10 Ben Franklin Station
   Washington, D.C. 20044
11 Telephone: (202) 202-353-8031
   Facsimile: (202) 514-6770
12 Email: allyson.b.baker@usdoj.gov

Attorneys for Plaintiff, the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 03:07-4762-PJH |
| ) | |
| CHARLES CATHCART *et al*. ) | APPLICATION FOR ENTRY OF |
| ) | DEFAULT BY CLERK OF THE |
| Defendants. ) | COURT AS TO DERIVIUM CAPITAL |
| | (USA), INC. |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the United States of America respectfully requests that the Clerk of the Court enter the default of Defendant Derivium Capital (USA), Inc., ("Derivium USA") for its failure to answer or otherwise respond to the Complaint.

In support of this request, the United States alleges as follows:

1. On October 10, 2007, Derivium USA's registered agent, Corporation Service Company, was served as set forth in Rule 4(h)(1)(B) of the Federal Rules of Civil Procedure.

2. On October 10, 2007, Derivium USA was served by leaving the summons and copy of the complaint with Jody Wiley, a legal assistant employed by Corporation Service Company, who is over eighteen years of age. *See* Exhibits A, B to Baker Declaration, attached hereto.

3. Under Rule 12(a)(1)(A) of the Federal Rules of Civil Procedure, Derivium USA had twenty days from October 10, to answer or otherwise respond to the Complaint. This time period expired on October 30, 2007.

4. To date, Derivium USA has neither filed nor served an answer or other response to the Complaint.

Dated: December 19, 2007

                                        Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney

                                        /s/ Allyson B. Baker
                                        ALLYSON B. BAKER
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 7238
                                        Ben Franklin Station
                                        Washington, D.C.  20044
                                        Telephone: (202) 202-353-8031

**CERTIFICATE OF SERVICE**

    I hereby certify that on December19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Farley J. Neuman (fneuman@jgn.com)
Tom Prountzos (tprountzos@jgn.com)
Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
*Attorneys for Defendant, Robert Nagy*

    I further certify that on December 19, 2007, service of the foregoing was made upon the following by depositing a copy in the United States mail, postage prepaid:

Yuri Debevc (*pro se*)
1483 Burningtree Road
Charleston, SC 29412

                                        /s/ Allyson B. Baker
                                        ALLYSON B. BAKER
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 7238
                                        Ben Franklin Station
                                        Washington, D.C.  20044
                                        Telephone: (202) 202-353-8031
                                        Email: **allyson.b.baker@usdoj.gov**