IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 03:07-cv-4762-PJH |
| ) | **DECLARATION OF TRIAL** |
| CHARLES CATHCART *et al*. ) | **ATTORNEY ALLYSON B. BAKER** |
| ) | |
| Defendant. ) | |

1. I am over 18 years of age and am competent to testify as to facts stated below.

2. I am an attorney for the United States in the above-captioned action.

3. Derivium Capital (USA), Inc.'s ("Derivium USA") registered agent is Corporation Service Company. A true and correct copy of the South Carolina Secretary of State's Registered Agent Information for Derivium USA is attached as Exhibit A.

4. On October 10, 2007, Derivium USA was served with a summons and copy of the Complaint through its registered agent, Corporation Service Company. A true and correct copy of the Return of Service and Process Server's Declaration of Service is attached as Exhibit B.

5. Derivium USA has not answered or otherwise responded to the Complaint and the time to answer or respond to the Complaint has not been extended.

1  I declare under penalty of perjury, that the foregoing is true and correct.

3  Executed on the 19th day of December 2007.

                                                  /s/ Allyson B. Baker  
                                                  Allyson B. Baker