

# Secretary of State Search
## Mark Hammond's Office

| Main Page | What's New | Forms | Fee Schedule | Office Directory | Where Do I Find? | Search |

**Office of the South Carolina Secretary of State**
Business Filings Division

Information for: **DERIVIUM CAPITAL (USA), INC.**    Check Cha

Note*** This online database was last updated on 12/04/2007 see our Disclaimer

| | |
|---|---|
| DOMESTIC / FOREIGN: | Foreign |
| STATUS: | Good Standing |
| STATE OF INCORPORATION / ORGANIZATION: | DELAWARE |
| | For Profit |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| REGISTERED AGENT NAME: | CORPORATION SERVICE CO |
| ADDRESS: | 5000 THURMOND MALL BLVD |
| CITY: | COLUMBIA |
| STATE: | SC |
| ZIP: | 29201 0000 |
| SECOND ADDRESS: | |

| | |
|---|---|
| FILE DATE: | 03/27/2003 |
| EFFECTIVE DATE: | 03/27/2003 |
| DISSOLVED DATE: | |

| CORPORATION HISTORY RECORDS | | | |
|---|---|---|---|
| Code | File Date | Comment | |
| Agent | 10/02/2003 | CH AGT/ADD FR-ROBERT J BRANDENBURG | |
| AUTHORITY(FOREIGN)) | 03/27/2003 | AUTHORITY | |

Return to Previous Page



GOVERNMENT EXHIBIT A