# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-4762-PJH

V.

CHARLES CATHCART, ET AL.

TO: (Name and address of defendant)

CORPORATION SERVICE CO, REGISTERED AGENT FOR DERVIUM (USA)
5000 THURMOND MALL BLVD
Columbia, South Carolina 29201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THOMAS M. NEWMAN
PO BOX 7238
BEN FRANKLIN STATION
WASHINGTON, DC 20044

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE OCT X 5 '07

**GOVERNMENT EXHIBIT B**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 10/10/07 |
| Name of SERVER RHONDA NESBITT | TITLE PROCESS SERVER |

**Check one box below to indicate appropriate method of service**

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): CORPORATE SERVE
SERVED JODY WILEY, LEGAL ASSISTANT AT CORPORATION SERVICE COMPANY, 5000 THURMOND MALL BLVD., COLUMBIA SC 29201
REGISTERED AGENT FOR: DERVIUM (USA)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/10/07
Date

Signature of Server: Rhonda Nesbitt

Address of Server: 903 Calhoun St.
Columbia, SC 29201

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure