1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 03:07-4762-PJH |
| | ) | |
| CHARLES CATHCART *et al*. | ) | <u>ENTRY OF DEFAULT BY CLERK</u> |
| | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 55(a), default is hereby entered against DERIVIUM CAPITAL (USA), INC. for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Dated this _____ day of _____, 2007.

Richard W. Wieking
Clerk of Court


By: _____

2941437.1