**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

December 21, 2007

RE:  CV 07-04762 PJH        USA-v- CHARLES CATHCART

Default is entered as to Defendant Derivium Capital (USA) Inc. on December 21, 2007.

RICHARD W. WIEKING, Clerk

*Felicia Reloba*  
by Felicia Reloba  
Case Systems Administrator

NDC TR-4  Rev. 3/89