| Attorney or Party without Attorney: U.S. DEPARTMENT OF JUSTICE TAX DIVISION 555 4TH STREET NW, ROOM 8830 WASHINGTON, DC 20001 | For Court Use Only |
|---|---|
| Telephone No: | |
| Ref. No or File No.: 5-42-5458/CMN2007100227 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: UNITED STATES OF AMERICA
Defendant: CATHCART

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 08:07-4762-PJH |
|---|---|---|---|---|

1. I, Andrew Jones, and any employee or independent contractors retained by ASSOCIATED ATTORNEY SERVICE are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant CHARLES CATHCART as follows:

2. Documents: SUMMONS IN A CIVIL CASE AND COMPLAINT; ORDER REQUIRING JOINT CASE MANAGEMENT STATEMENT AND APPEARANCE AT CASE MANAGEMENT CONFERENCE.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 10/18/07 | 3:00pm | | THE FOLLOWING ATTEMPTS WERE GENERALLY CONDUCTED IN THIS MANNER: UPON ARRIVAL AT A RESIDENTIAL SERICE LOCATION, THE SERVER KNOCKS ON THE DOOR, MAKES NOTE OF ANY ACTIVITY OR VEHICLES PRESENT AT THE PROPERTY, AND KNOCKS AGAIN AFTER 2-3 MINUTES IF NO ONE ANSWERS THE DOOR. IF IT IS DETERMINED THAT THERE ARE OCCUPANTS INSIDE THE RESIDENCE, MORE PERSISTENT EFFORTS ARE MADE TO GET THEM TO RESPOND. |
| Sat | 10/20/07 | 1:45pm | Home | NO ANSWER AT DOOR. Attempt made by: Andrew Jones. Attempt at: 690 ORCHARD AVENUE Santa Barbara CA 93108. |
| Tue | 10/23/07 | 6:56pm | Home | NO ANSWER AT DOOR. Attempt made by: Andrew Jones. Attempt at: 690 ORCHARD AVENUE Santa Barbara CA 93108. |
| Thu | 10/25/07 | 8:30pm | Home | SUBJECT NEITHER LIVES OR RECEIVES MAIL AT THIS ADDRESS PER CAUCASIAN FEMALE OCCUPANT, 37 YEARS OLD, 5'7", 135 LBS. SHE SAID SHE KNOWS SUBJECT AND IS NOT SURE WHY THE U.S. GOVERNMENT HAS THIS AS HIS ADDRESS. HE HAS NEVER LIVED HERE. Attempt made by: Andrew Jones. Attempt at: 690 ORCHARD AVENUE Santa Barbara CA 93108. |
| Tue | 10/30/07 | 10:00am | Home | NEW ADDRESS PER CLIENT: 1863 SAN LEANDRO LANE, SANTA BARBARA, CA 93108. Attempt made by: Andrew Jones. Attempt at: 690 ORCHARD AVENUE Santa Barbara CA 93108. |

Page: 1        **AFFIDAVIT OF REASONABLE DILIGENCE**                    usdjtd.6080

| Attorney or Party without Attorney: <br> U.S. DEPARTMENT OF JUSTICE TAX DIVISION <br> 555 4TH STREET NW, ROOM 8830 <br> WASHINGTON, DC 20001 <br> Telephone No: | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: <br> 5-42-5458/CMN2007100227 | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California | | | | |
| Plaintiff: UNITED STATES OF AMERICA | | | | |
| Defendant: CATHCART | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 08:07-4762-PJH |

SUM-CIVI/CASE & COMP

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 11/01/07 | 7:45pm | Home | NO ANSWER AT THE DOOR. CARS IN DRIVEWAY, LIGHTS ON. Attempt made by: Andrew Jones. Attempt at: 1863 SAN LEANDRO LANE  Santa Barbara CA 93108. |
| Sun | 11/04/07 | 3:12pm | Home | NO ANSWER AT THE DOOR. CARS IN DRIVEWAY. Attempt made by: Andrew Jones. Attempt at: 1863 SAN LEANDRO LANE  Santa Barbara CA 93108. |
| Wed | 11/07/07 | 6:50pm | Home | NO ANSWER AT THE DOOR. CARS IN DRIVEWAY. LIGHTS ON. Attempt made by: Andrew Jones. Attempt at: 1863 SAN LEANDRO LANE  Santa Barbara CA 93108. |
| Sat | 11/10/07 | 10:16am | Home | NO ANSWER AT THE DOOR. CARS IN DRIVEWAY. Attempt made by: Andrew Jones. Attempt at: 1863 SAN LEANDRO LANE  Santa Barbara CA 93108. |
| Tue | 11/13/07 | 8:41pm | Home | NO ANSWER AT THE DOOR. CARS IN DRIVEWAY. LIGHTS ON, NOISE INSIDE. MIGHT BE EVADING. Attempt made by: Andrew Jones. Attempt at: 1863 SAN LEANDRO LANE  Santa Barbara CA 93108. |
| Thu | 11/15/07 | 7:12am | Home | NO ANSWER AT THE DOOR. CARS IN DRIVEWAY. Attempt made by: Andrew Jones. Attempt at: 1863 SAN LEANDRO LANE  Santa Barbara CA 93108. |
| Sun | 11/18/07 | 1:10pm | Home | NO ANSWER AT THE DOOR. CARS IN DRIVEWAY. Attempt made by: Andrew Jones. Attempt at: 1863 SAN LEANDRO LANE  Santa Barbara CA 93108. |
| Tue | 11/20/07 | 8:35pm | Home | NO ANSWER AT THE DOOR. CARS IN DRIVEWAY. HOUSE DARK. Attempt made by: Andrew Jones. Attempt at: 1863 SAN LEANDRO LANE  Santa Barbara CA 93108. |

| Attorney or Party without Attorney: U.S. DEPARTMENT OF JUSTICE TAX DIVISION 555 4TH STREET NW, ROOM 8830 WASHINGTON, DC 20001 | For Court Use Only: |
|---|---|
| Telephone No: | |
| Ref. No or File No.: 5-42-5458/CMN2007100227 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: UNITED STATES OF AMERICA
Defendant: CATHCART

| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 08:07-4762-PJH |
|---|---|---|---|---|

SUM-CIVI/CASE & COMP

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sun | 11/25/07 | 4:10pm | Home | NO ANSWER AT THE DOOR. CARS IN DRIVEWAY. Attempt made by: Andrew Jones. Attempt at: 1863 SAN LEANDRO LANE Santa Barbara CA 93108. |
| Tue | 11/27/07 | 6:10pm | Home | NO ANSWER AT THE DOOR. CARS IN DRIVEWAY. LIGHTS ON. NOISE INSIDE. EVADING. Attempt made by: Andrew Jones. Attempt at: 1863 SAN LEANDRO LANE Santa Barbara CA 93108. |
| Fri | 11/30/07 | 8:14am | Home | NO ANSWER AT THE DOOR. Attempt made by: Andrew Jones. Attempt at: 1863 SAN LEANDRO LANE Santa Barbara CA 93108. |
| Mon | 12/03/07 | 5:30pm | Home | NO ANSWER AT THE DOOR. Attempt made by: Andrew Jones. Attempt at: 1863 SAN LEANDRO LANE Santa Barbara CA 93108. |
| Thu | 12/06/07 | 9:12pm | Home | NO ANSWER AT THE DOOR. HOUSE DARK Attempt made by: Andrew Jones. Attempt at: 1863 SAN LEANDRO LANE Santa Barbara CA 93108. |
| Mon | 12/10/07 | 7:30am | Home | NO ANSWER AT DOOR. CARS IN DRIVEWAY. WAITED FOR 45 MINUTES. NO ACTIVITY. Attempt made by: Andrew Jones. Attempt at: 1863 SAN LEANDRO LANE Santa Barbara CA 93108. |
| Mon | 12/10/07 | 8:50am | Home | NO ANSWER AT DOOR. CARS GONE. Attempt made by: Andrew Jones. Attempt at: 1863 SAN LEANDRO LANE Santa Barbara CA 93108. |
| Wed | 12/12/07 | 7:20am | Home | NO ANSWER AT DOOR. CARS IN DRIVEWAY. Attempt made by: Andrew Jones. Attempt at: 1863 SAN LEANDRO LANE Santa Barbara CA 93108. |
| Fri | 12/14/07 | 8:35am | Home | NO ANSWER AT DOOR. NO CARS. Attempt made by: Andrew Jones. Attempt at: 1863 SAN LEANDRO LANE Santa Barbara CA 93108. |
| Mon | 12/17/07 | 5:36pm | Home | NO ANSWER AT DOOR. NO CARS. Attempt made by: Andrew Jones. Attempt at: 1863 SAN LEANDRO LANE Santa Barbara CA 93108. |

| Attorney or Party without Attorney: U.S. DEPARTMENT OF JUSTICE TAX DIVISION 555 4TH STREET NW, ROOM 8830 WASHINGTON, DC 20001 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Telephone No: | | | Ref. No or File No.: 5-42-5458/CMN2007100227 | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court, Northern District Of California | | | | | |
| Plaintiff: UNITED STATES OF AMERICA | | | | | |
| Defendant: CATHCART | | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 08:07-4762-PJH | |

SUM-CIVI/CASE & COMP

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 12/18/07 | 9:15pm | Home | NO ANSWER AT DOOR. NO CARS. HOUSE DARK Attempt made by: Andrew Jones. Attempt at: 1863 SAN LEANDRO LANE Santa Barbara CA 93108. |

3. Person Executing
   a. Andrew Jones
   b. ASSOCIATED ATTORNEY SERVICE
      123 W. PADRE - SUITE E
      Santa Barbara, CA 93105
   c. (805) 898-0022, FAX (805) 898-0012

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. The Fee for service was:
e. I am: (3) registered California process server
   (i) Employee
   (ii) Registration No.: 285
   (iii) County: Ventura

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Thu, Dec. 20, 2007     AFFIDAVIT OF REASONABLE DILIGENCE     (Andrew Jones)