1  DAVID B. PORTER   SBN 155347
   WOOD & PORTER, P.C.
2  333 Sacramento Street
   San Francisco, CA  94111
3  Telephone: (415) 834-0117
   Facsimile: (415) 834-1888
4  Email: porter@woodporter.com

5  Attorney for DEFENDANT SCOTT CATHCART

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                       SAN FRANCISCO DIVISION


UNITED STATES OF AMERICA,           )   CASE No.  C 07 4762 PJH
                                    )
            Plaintiff,              )
                                    )
vs.                                 )   **DISCLOSURE OF NON-PARTY**
                                    )   **INTERESTED ENTITIES OR**
CHARLES CARTCART, SCOTT             )   **PERSONS**
CATHCART, YURIJ DEBEVC, a/k/a/      )
YURIJ DEBEVC, ROBERT NAGY,          )
DERIVIUM CAPITAL, LLC, DERIVIUM     )
CAPITAL (USA), INC., and VERIDIA    )
SOLUTIONS, LLC,                     )
                                    )
            Defendants.             )
_____ )

    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.


DATED: January 3, 2008                   WOOD & PORTER, P.C.


                                   By:   /s/ David B. Porter
                                         DAVID B. PORTER
U972                                     Attorney for DEFENDANT SCOTT CATHCART


                                         1
DISCLOSURE OF INTERESTED PERSONS Case No. C 07 4762 PJH