UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** January 3, 2008             **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-4762 PJH

**Case Name:** United States of America v. Charles Cathcart, et al.

**Attorney(s) for Plaintiff:**     Allyson Baker; Huong Bailie
**Attorney(s) for Defendant:**    Dave Porter (Scott Cathcart)

**Deputy Clerk:** Nichole Heuerman       **Court Reporter:** Not Reported

### PROCEEDINGS

    Initial Case Management Conference-Held. No appearance is made by Yurij Debevc or Robert Nagy. The court will issue an order to show cause as to both defendants. The Order to Show Cause hearing is set for January 23, 2008 at 9:00 a.m. Counsel for the government and counsel for Scott Cathcart do not need to appear at the order to show cause hearing.

    The court to rule on the government's pending motion for extension of time to serve Charles Cathcart and for service by publication early next week.

    The court informs the parties that the last day to amend the pleadings is 90 days before the close of fact discovery.

    The court sets a pretrial schedule. The case will be set for a court trial. The dispositive motion date is the last date for defendant to move for a jury trial.

    No ADR will be scheduled at this time. The parties shall contact the court when they are ready for a referral to ADR.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff:** 9/3/08
**Expert disclosure:** 8/20/08
**Expert discovery cutoff:** 10/1/08
**Motions heard by:** 11/19/08
**Pretrial Conference:** 2/26/09
**Trial:** 3/23/09 at 8:30 a.m., for 4 days, by [] Jury [x] Court

**Order to be prepared by:** [] Pl [] Def [x] Court

**cc:** file; ADR