IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES CATHCART, et al.,

    Defendants.

        No. C 07-4762 PJH

**ORDER TO SHOW CAUSE**

The United States and defendants Scott Cathcart, Yuri Debevc and Robert Nagy prepared and filed a joint case management conference statement. However, only the United States and defendant Scott Cathcart appeared as ordered at the case management conference on January 3, 2008.

THE COURT hereby issues an ORDER TO SHOW CAUSE why defendants Debevc and Nagy's defaults should not be entered for their failure to appear and defend the above-entitled action. The hearing on the ORDER TO SHOW CAUSE will take place on January 23, 2008 at 9:00 a.m. If either defendant fails to appear and/or show cause for failing to attend the case management conference, the default of that defendant will be entered.

**IT IS SO ORDERED.**

Dated: January 4, 2008

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE