# PROOF OF SERVICE

**CASE NAME**: *United States of America v. Charles Cathcart, et al.,*
**CASE NUMBER**: C 07 4762 PJH
**DATE OF SERVICE**: January 7, 2008
**DESCRIPTION OF DOCUMENTS SERVED**:

**ANSWER TO COMPLAINT**

**SERVED ON THE FOLLOWING**:

SCOTT N. SCHOOLS, United States Attorney
THOMAS M. NEWMAN, Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: 415.436.6935

ALLYSON BAKER, Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 7238, Ben Franklin Station
Washington, DC 20044
Telephone: 202.616.9926

FARLEY J. NEWMAN
Jenkins, Goodman, Newman & Hamilton, LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104

YURI DEBEVC
1483 Burningfree Road
Charleston, South Carolina 29412

    I am over the age of 18 years and not a party to or interested in the above-named case. I am an employee of Wood & Porter, and my business address is 333 Sacramento Street, San Francisco, California 94111. On the date stated above, I served a true copy of the document(s) described above, to Mr. DeBevc by mail, by placing said document(s) in an envelope, addressed as shown above for collection and mailing on the date shown above following the ordinary business practices of Wood & Porter, and to the other parties by electronic filing. I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, said document(s) would be deposited with the United States Postal Service at a post box in San Francisco, California on the same day (at approximately 5:00 P.M.) with postage thereon fully prepaid for first class mail.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on the date stated above.

                                       /s/ Mina Chung
                                       MINA CHUNG

1