IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil No. 03:07-4762-PJH |
| CHARLES CATHCART *et al*. | ) | **ORDER** |
| Defendants. | ) | |

Upon consideration of the UNITED STATES'S MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO SERVE CHARLES CATHCART AND FOR PERMISSION TO SERVE BY PUBLICATION, it is hereby ORDERED

that the UNITED STATES'S MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO SERVE CHARLES CATHCART AND FOR PERMISSION TO SERVE BY PUBLICATION is granted, and it is further ORDERED;

that the United States shall serve Charles Cathcart on or before March 17, 2008, and it is further ORDERED;

that the United States shall be permitted to serve Charles Cathcart by publication in a newspaper based in or around Santa Barbara, California, in accordance with the rules for service as prescribed in Rule 415.50(b) of the California Code of Civil Procedure.

1  SO ORDERED THIS ___8th___ day of __January_____ 2007

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

United States [District Judge]

IT IS SO ORDERED
[signature]
Judge Phyllis J. Hamilton