UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CHARLES CATHCART, et al.,

    Defendants.
_____/

No. C 07-4762 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiff's application for default judgment against Derivium Capital USA, Inc.

The parties will be advised of the date, time and place of any appearance by notice from the assigned magistrate judge.

IT IS SO ORDERED.

Dated: January 7, 2008

                                                _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge

cc: Wings, Assigned M/J