**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                  NORTHERN DISTRICT OF CALIFORNIA
7
8   UNITED STATES OF AMERICA,                    Case No. C-07-04762 PJH (JCS)
9              Plaintiff(s),
                                                 **ORDER TO FILE MEMORANDUM IN**
10     v.                                        **SUPPORT OF APPLICATION FOR**
                                                 **DEFAULT JUDGMENT**
11  CHARLES CATHCART, ET AL.,
12             Defendant(s).
    _____/
13
14          IT IS HEREBY ORDERED that the United States shall file a supporting memorandum and

15  evidence to supplement its Application for Default Judgment Against Derivium Capital USA, Inc.

16  no later than **January 23, 2008.**

17          IT IS SO ORDERED.
18
19  Dated:  January 14, 2008                     _____
20                                               JOSEPH C. SPERO
                                                 United States Magistrate Judge
21
22
23
24
25
26
27
28