FARLEY J. NEUMAN, ESQUIRE - State Bar #100021
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for ROBERT J. NAGY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES CATHCART, SCOTT CATHCART, YURIJ DEBEVC, a/k/a, YURI DEBEVC, ROBERT NAGY, DERIVIUM CAPITAL, LLC, DERIVIUM CAPITAL (USA), INC., and VERIDIA SOLUTIONS, LLC,<br><br>Defendant. | Case No. C 07 4762 PJH<br><br>**DECLARATION OF FARLEY J. NEUMAN** |

    1.    I, Farley J. Neuman, am attorney of record for Defendant ROBERT J. NAGY and this Declaration is submitted in connection with the Order to Show Cause issued on January 4, 2008.

    2.    A Case Management Conference was held on the above-captioned matter on January 3, 2008.

-1-

DECLARATION OF FARLEY J. NEUMAN

3. I did not appear for this Conference.

4. My failure to appear was in no way intentional.

5. I had a trial in San Francisco Superior Court that began on January 2, 2008.

6. The Conference was scheduled on my calendar and I overlooked it.

7. I have taken steps to ensure that in the future there will no additional oversights or failures to appear, including assigning additional personnel to track the calendar and deadlines in connection with this case.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 14, 2008

JENKINS GOODMAN NEUMAN
& HAMILTON LLP

By: _____
FARLEY J. NEUMAN
Attorneys for ROBERT J. NAGY

f:\docs\fjn\u.s. v. nagy\pleadings\declaration of fjn.doc

Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
(415) 705-0400

-2-

DECLARATION OF FARLEY J. NEUMAN