1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
v. )            Civil No. 07-4762-PJH (JCS)
)            **Second Declaration of Trial**
CHARLES CATHCART *et al*. )            **Attorney Allyson B. Baker**
)
Defendants. )

1. I am over 18 years of age and am competent to testify as to facts stated below.

2. I am an attorney for the United States in the above-captioned action.

3. The United States filed the complaint in this action on September 17, 2007.

4. On October 10, 2007, Derivium USA was served with a summons and copy of the complaint through its registered agent, Corporation Service Company.

5. A true and correct copy of the South Carolina Secretary of State's Registered Agent Information for Derivium USA, identifying its registered agent and a true and correct copy of the Return of Service and Process Server's Declaration of Service are attached as Exhibits A and B, respectively, to my declaration in support of the United States's Application for Entry of Default, which was previously filed with the Court. *See* Docket Entry No. 11.

1      6.  Derivium USA has not answered or otherwise responded to the complaint, and the time

2   to answer or respond to the complaint has expired.

3      7.  The Clerk of the Court entered default against Derivium USA on December 21, 2007.

4      8.  Neither Derivium USA nor any of its representatives has responded to the Clerk's Entry

5   of Default or contacted counsel for the United States about this case.

8   I declare under penalty of perjury, that the foregoing is true and correct.

10  Executed on the 23rd day of January 2008.

12                                    /s/ Allyson B. Baker
                                      Allyson B. Baker

- 2 -