JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6935
HUONG T. BAILIE (NYBN 4035739)
Special Trial Attorney
160 Spear Street, 9th Floor
San Francisco, California 94105
Telephone: (415) 227-5123
ALLYSON B. BAKER (DCBN 478073)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 202-353-8031
Facsimile: (202) 514-6770
Email: allyson.b.baker@usdoj.gov

Attorneys for Plaintiff, the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-4762-PJH (JCS) |
| ) | |
| CHARLES CATHCART *et al*. ) | **NOTICE FOR APPLICATION FOR** |
| ) | **DEFAULT JUDGMENT** |
| Defendants. ) | |
| ) | *Notice of Hearing*: March 7, 2008 at 1:30 PM |

PLEASE TAKE NOTICE that on Friday, March 7, 2008, at 1:30 PM before the Honorable Joseph C. Spero, United States Magistrate Judge, at 450 Golden Gate Avenue, 15th floor, Courtroom #A, San Francisco, California, 94102, the United States will move the Court to enter a default judgment as to Derivium Capital (USA), Inc.  A supporting motion was filed as Docket Number 11 and a supplemental memorandum and declaration are filed with this Notice.

Dated: January 23, 2008

                                                  Respectfully submitted,

                                                  JOSEPH P. RUSSONIELLO
                                                  United States Attorney

                                                  /s/ Allyson B. Baker
                                                  ALLYSON B. BAKER
                                                  Trial Attorney, Tax Division
                                                  U.S. Department of Justice
                                                  Post Office Box 7238
                                                  Ben Franklin Station
                                                  Washington, D.C.  20044
                                                  Telephone: (202) 202-353-8031

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Farley J. Neuman (fneuman@jgn.com)
Tom Prountzos (tprountzos@jgn.com)
Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
*Attorneys for Defendant, Robert Nagy*

David Bujannoff Porter , Jr. (porter@woodporter.com)
Wood & Porter
333 Sacramento Street
San Francisco, CA 94111
*Attorney for Scott Cathcart*

I further certify that on January 23, 2007, service of the foregoing was made upon the following by depositing a copy in the United States mail, postage prepaid:

Yuri Debevc (*pro se*)
1483 Burningtree Road
Charleston, SC 29412

        /s/ Allyson B. Baker
        ALLYSON B. BAKER