**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

<u>CIVIL MINUTES</u>

Date:  January 23, 2008                                          JUDGE:  Phyllis J. Hamilton

Case No:  C-07-4762  PJH

Case Name:        United States of America v. Charles Cathcart, et al.,

Attorney(s) for Plaintiff:        Thomas Newman
Attorney(s) for Defendant:        Zac Tolson, specially appearing for Farley Neuman,
                                                      counsel for Robert Nagy
                                                  Yuri Debevc, pro per

Deputy Clerk: Nichole Heuerman                    Court Reporter: Debra Pas

**PROCEEDINGS**

**Hearing on Order to Show Cause.**

1.        As to defendant Robert Nagy, Zac Tolson, specially appearing for Farley Neuman,
          counsel for defendant advised that lead counsel must appear at initial case
          management conference and that his appearance for Mr. Neuman, who is in trial, is not
          acceptable.  The court has received and reviewed Mr. Neuman's declaration explaining
          his failure to appear at the January 3, 2008 case management conference and the
          OSC is DISCHARGED.  However, case management conference is re-calendared for
          Mr. Neuman's appearance on February 7, 2008 at 2:30 p.m.  No other party need
          appear, but may if it chooses.  All other deadlines are set in the case management and
          pretrial order.

2.        Defendant Yuri Debevc appeared in pro per.  Based upon his misunderstanding as to
          the need for his appearance, the OSC is DISCHARGED.  The case management and
          pretrial order issued after that conference applies to defendant.  Further case
          management conferences may be held telephonically with all parties participating.
          defendant advised that court appearances set by the court and trial will require his
          attendance, but that he may submit motions on the papers.