ERIC L. WEBB (State Bar No. 192532)
BARTSCH & WEBB
317 Rosecrans Avenue
Manhattan Beach, California  90266
Telephone:  (310) 546-4004
Facsimile:  (310) 546-4033
Email:  ewebb@elwlaw.com

Attorney for CHARLES CATHCART

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES CATHCART, SCOTT CATHCART, YURIJ DEBEVC, a/k/a YURIJ DEBEVC, ROBERT NAGY, DERIVIUM CAPITAL, LLC, DERIVIUM CAPITAL (USA), INC., and VERIDIA SOLUTIONS, LLC,<br><br>Defendants. | Case No. C 07 4762 PJH<br><br>**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  January 25, 2008        BARTSCH & WEBB


                                By:    /s/ Eric L. Webb
                                       ERIC L. WEBB
                                Attorney for DEFENDANT CHARLES CATHACRT

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Joseph P. Russoniello<br>United States Attorney<br>Thomas Moore<br>Assistant United States Attorney<br>Chief, Tax Division<br>9th Floor Federal Building<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California  94102<br>*Attorney for Plaintiff* | Allyson B. Baker<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 7238<br>Ben Franklin Station<br>Washington, D.C. 20044<br>(allyson.b.baker@usdoj.gov)<br>*Attorney for Plaintiff* |
| HUONG T. BAILIE<br>Special Trial Attorney<br>160 Spear Street, 9th Floor<br>San Francisco, California  94105<br>*Attorney for Plaintiff* | Farley J. Neuman (fneuman@jgn.com)<br>Tom Prountzos (tprountzos@jgn.com)<br>Jenkins Goodma Neuman & Hamilton LLP<br>417 Montgomery Street, 10th Floor<br>San Francisco, California  94104<br>*Attorneys for Defendant , Robert Nagy* |
| | David Bujannoff Porter, Jr.<br>(porter@woodporter.com)<br>Wood & Porter<br>333 Sacramento Street<br>San Francisco, California  94111<br>*Attorney for Scott Cathcart* |

I further certify that on January 25, 2008, service of the foregoing was made upon the following by depositing a copy in the Unites States mail, postage prepaid:

Yuri Debevc (*pre se*)
1483 Burningtree Road
Charleston, SC  29412

                                              /s/ Eric L. Webb
                                              ERIC L. WEBB