FARLEY J. NEUMAN, ESQUIRE - State Bar #100021
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for ROBERT J. NAGY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. C 07 4762 PJH |
|---|---|
| Plaintiff, | **DECLARATION OF FARLEY J. NEUMAN REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE SCHEDULED FOR FEBRUARY 7, 2008** |
| vs. | |
| CHARLES CATHCART, SCOTT CATHCART, YURIJ DEBEVC, a/k/a, YURI DEBEVC, ROBERT NAGY, DERIVIUM CAPITAL, LLC, DERIVIUM CAPITAL (USA), INC., and VERIDIA SOLUTIONS, LLC, | |
| Defendant. | |

1. I, Farley J. Neuman, am attorney of record for Defendant ROBERT J. NAGY.

2. On February 1, 2008, I received a call from a hospice nurse informing me that my mother, who resides in Aventura, Florida, was near death. I plan to fly to Florida on February 2 and tentatively plan to return on February 7 in the evening.

-1-

DECLARATION OF FARLEY J. NEUMAN

1    3.   I would appreciate the court accommodating my scheduling needs by
2  postponing the case management conference currently scheduled for 2:30 p.m. on
3  February 7.

4    I declare under penalty of perjury that the foregoing is true and correct.

6  DATED: February 1, 2008

                                      FARLEY J. NEUMAN



ONE WEEK CONTINUANCE TO 2/14/08 AT 2:30 P.M. IS GRANTED

Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
(415) 705-0400

-2-

DECLARATION OF FARLEY J. NEUMAN