UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: February 14, 2008                                    JUDGE: Phyllis J. Hamilton

Case No: C-07-4762  PJH

Case Name: United States of America v. Charles Cathcart, et al.,

Attorney(s) for Plaintiff:
Attorney(s) for Defendant:        Farley Neuman, counsel for Robert Nagy

Deputy Clerk: Nichole Heuerman               Court Reporter: Not Reported

PROCEEDINGS

    Case Management Conference-Held.  Mr. Neuman appears in court.  The court informs counsel that a pretrial schedule has been set.  Mr. Neuman is fine with the schedule that has been imposed by the court.

cc: chambers file