1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   9th Floor Federal Building
4  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
5  Telephone: (415) 436-6935
   HUONG T. BAILIE (NYBN 4035739)
6  Special Trial Attorney
   160 Spear Street, 9th Floor
7  San Francisco, California 94105
   Telephone: (415) 227-5123
8  ALLYSON B. BAKER (DCBN 478073)
   Trial Attorney, Tax Division
9  U.S. Department of Justice
   Post Office Box 7238
10 Ben Franklin Station
   Washington, D.C. 20044
11 Telephone: (202) 202-353-8031
   Facsimile: (202) 514-6770
12 Email: allyson.b.baker@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 07-4762-PJH |
| CHARLES CATHCART, SCOTT CATHCART, ) YURIJ DEBEVC, a/k/a YURI DEBEVC, ) ROBERT NAGY, DERIVIUM CAPITAL ) (USA), INC., OPTECH LIMITED, CHARLES ) HSIN, FRANKLIN THOMASON ) | **NOTICE OF APPEARANCE** |
| Defendants. ) | |

Frederick N. Noyes, the undersigned, hereby enters an appearance in this case as counsel for the plaintiff, the United States. This appearance is in addition to Allyson B. Baker, who remains lead counsel for the plaintiff.

1 | Dated: March 3, 2008

2 |           Respectfully submitted,

3 |           JOSEPH P. RUSSONIELLO
          United States Attorney

5

6 |           /s/ Frederick N. Noyes
          FREDERICK N. NOYES
          Trial Attorney, Tax Division
7 |           U.S. Department of Justice
          Post Office Box 7238
8 |           Ben Franklin Station
          Washington, D.C.  20044
9 |           Telephone: (202) 305-3083
          Facsimile: (202) 514-6770
10 |           Email: Frederick.N.Noyes@usdoj.gov

- 2 -

# CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Farley J. Neuman (fneuman@jgn.com)
Tom Prountzos (tprountzos@jgn.com)
Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
*Attorneys for Defendant, Robert Nagy*

David Bujannoff Porter , Jr. (porter@woodporter.com)
Wood & Porter
333 Sacramento Street
San Francisco, CA 94111
*Attorney for Scott Cathcart*

Eric Webb
Bartsch & Webb
317 Rosecrans Avenue
Manhattan Beach, California 90266
ewebb@elwlaw.com
*Attorney for Charles Cathcart*

and that I caused a copy of the filing to be served by regular U.S. mail upon:

Yuri Debevc (*pro se*)
1483 Burningtree Road
Charleston, SC 29412
ydebevc@attglobal.net

                                                /s/ Frederick N. Noyes
                                                FREDERICK N. NOYES