IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil No. 03:07-4762-PJH |
| CHARLES CATHCART *et al*. | ) | **ORDER** |
| Defendants. | ) | |

Upon consideration of the UNITED STATES'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, it is hereby ORDERED

that the UNITED STATES'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT is granted

SO ORDERED THIS _____day of _____ 2007

_____

United States District Court Judge