FILED
08 APR -2 AM 11: 31

1  Yurij Debevc, Defendant
2  1483 Burning Tree Road
3  Charleston, South Carolina 29412
4  Tel 843-762-6116
5  ( no dedicated facsimile number)
6  E: ydebevc@attglobal.net
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN FRANCISCO DIVISION
11
12  Unites States of America,        )    Case No. C 07 4762 PJH
13                    Plaintiff,     )    YURIJ DEBEVC OBJECTION TO UNITED
14  Vs.                              )    STATES'S MOTION FOR LEAVE TO FILE
15  Charles Cathcart, et al.,        )    FIRST AMENDED COMPLAINT
16                                   )    HEARING: APRIL 23, 2008, 9:00AM
17
18  In the face of extreme financial duress and in lieu of my personal appearance at the hearing I
19  respectfully submit to the Court the following:
20  Comes now the Defendant Yurij Debevc objecting to the United Sates's Motion for Leave to
21  File First Amended Complaint for the United States to add three additional defendants:
22  Optech Limited, Charles Hsin and Franklin Thompson based on the following:
23      1. I object because the addition of other parties to this matter will add considerable
24         expense and time to the resolution of my case. Such as depositions, and my
25         physical participation in events that might arise from inclusion of these parties to

the case.

2. I have no basis to believe that the claims that the United States has against these parties have any relation in my case.

3. I have not engaged in any of the alleged improper conduct since 2005 and have attempted to resolve the injunctive issue presented to this court with the government, as suggested by this Court on January 23rd 2008, on that same day I met with Thomas M. Newman DOJ Trial Attorney, took his comments, which he believed would help resolve the issue and incorporated these comments in my written proposal for settlement of the Permanent Injunction. The said proposal was sent to Ms. Baker, Trial Attorney, Tax Division on February, for an "accelerated review and response" other than Ms. Bakers' verbal view that the document in her view was still inadequate I have not received any written notice from her superiors, the very individuals that were to give "accelerated review and response" regarding the acceptance or rejection of the proposal.

4. I have made "good faith' to settle my case so far without any written response, once a response is received I will continue to attempt to reach a settlement with United States and I feel that the introduction additional defendants impedes my attempts to settle my case.

Yurij Debevc