UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| United States of America, | ) | Case No. 2:07-CV-4762 PJH |
| | ) | |
| Plaintiffs, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| | ) | YURIJ DEBEVC OBJECTION TO UNITED |
| | ) | STATES'S MOTION FOR LEAVE TO FILE |
| V. | ) | FIRST AMENDED COMPLAINT |
| | ) | |
| Charles Cathcart, *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing Yurij Debevc's Objection to United States's Motion for Leave to file First Amended Complaint for Hearing on April 23, 2008 upon all counsel of record herein, including:

Allyson B. Baker
Trial Attorney, Tax Division
U.S. Department of Justice
Post office Box 7238
Ben Franklin Station
Washington, D.C. 20044
*Attorney for Plaintiff, the United States*

Farley J. Neuman
Tom Prountzos
Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
*Attorney for the Defendant, Robert Nagy*

David B. Porter
Wood & Porter, PC
333 Sacramento Street
San Francisco, CA 94111
*Attorney for the Defendant, Scott Cathcart*

Eric Webb
Bartsch & Webb
317 Rosencrans Avenue
Manhattan Beach, CA 90266
*Attorney for Charles Cathcart*

By depositing the same, first class postage prepaid, in a properly marked and addressed envelope into the US Mails on this the 1th day of April, 2008.

_____
Yurij Debevc