JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6935
HUONG T. BAILIE (NYBN 4035739)
300 E. 8th Street, Suite 601
Austin, TX 78701
Telephone: (512) 499-5759
ALLYSON B. BAKER (DCBN 478073)
FREDERICK N. NOYES
Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 353-8031
Facsimile: (202) 514-6770
Email: allyson.b.baker@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 07-4762-PJH (JCS) |
| CHARLES CATHCART *et al.* ) | UNITED STATES' MOTION FOR CONTINUANCE OF HEARING ON APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AS TO DERIVIUM CAPITAL (USA), INC. |
| Defendants. ) | |

Pursuant to Local Rule 7-7, the United States respectfully moves the Court for a continuance of the hearing on its Application for Entry of Default Judgment as to Derivium Capital (USA), Inc., which is currently scheduled before the Honorable Magistrate Judge Joseph C. Spero on Friday April 18, 2008 at 9:30 AM. The United States respectfully requests that the Court continue that hearing until the following Friday, April 25, 2008. No parties have opposed the United States' application for entry of default judgment, including the defaulting party.

1     The current docket schedule for this case requires that counsel for the United States return
2 to San Francisco within one week's time from Washington D.C. to argue a contested motion at a
3 hearing that is scheduled for Wednesday, April 23.  For this reason, counsel for the United States
4 respectfully requests that the hearing on its application for entry of a default judgment, which is
5 not contested, be continued until Friday (April 25) of that same week.

7 Dated: April 10, 2008

8                               Respectfully submitted,

9                               JOSEPH P. RUSSONIELLO
10                              United States Attorney

12                              /s/ Allyson B. Baker
                             ALLYSON B. BAKER
13                              FREDERICK N. NOYES
                             Tax Division
14                              U.S. Department of Justice
                             Post Office Box 7238
15                              Ben Franklin Station
                             Washington, D.C.  20044
16                              Telephone: (202) 353-8031
                             Email: allyson.b.baker@usdoj.gov
17                                     frederick.n.noyes@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2008, I electronically filed the foregoing motion, memorandum in support of the foregoing motion, and notice of motion with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Farley J. Neuman (fneuman@jgn.com)
Tom Prountzos (tprountzos@jgn.com)
Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
*Attorneys for Defendant, Robert Nagy*

David Bujannoff Porter , Jr. (porter@woodporter.com)
Wood & Porter
333 Sacramento Street
San Francisco, CA 94111
*Attorney for Scott Cathcart*

Eric Webb (ewebb@elwlaw.com)
Bartsch & Webb
317 Rosecrans Avenue
Manhattan Beach, CA 90266
*Attorney for Charles Cathcart*

I further certify that on April 10, 2008, service of the foregoing was made upon the following by depositing a copy in the United States mail, postage prepaid:

Yuri Debevc (*pro se*)
1483 Burningtree Road
Charleston, SC 29412

           /s/ Allyson B. Baker
           ALLYSON B. BAKER