IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 03:07-4762-PJH (JCS) |
| ) | |
| CHARLES CATHCART *et al*. ) | **ORDER** |
| ) | |
| Defendants. ) | |

Upon consideration of the UNITED STATES' MOTION FOR CONTINUANCE OF HEARING ON APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AS TO DERIVIUM CAPITAL (USA), INC. it is hereby ORDERED

that the UNITED STATES' MOTION FOR CONTINUANCE OF HEARING ON APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AS TO DERIVIUM CAPITAL (USA), INC. is granted

SO ORDERED THIS _____day of _____ 2008

_____

United States Magistrate Judge