IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 03:07-4762-PJH (JCS) |
| ) | |
| CHARLES CATHCART *et al*. ) | **ORDER** |
| ) | |
| Defendants. ) | |

Upon consideration of the UNITED STATES' MOTION FOR CONTINUANCE OF HEARING ON APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AS TO DERIVIUM CAPITAL (USA), INC. it is hereby ORDERED

that the UNITED STATES' MOTION FOR CONTINUANCE OF HEARING ON APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AS TO DERIVIUM CAPITAL (USA), INC. is granted

SO ORDERED THIS __14th__ day of __April__ 2008

_____
United States Magistrate Judge
Judge Joseph C. Spero