FARLEY J. NEUMAN, ESQUIRE - State Bar #100021
TOM PROUNTZOS, ESQUIRE - State Bar #209409
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for ROBERT J. NAGY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CHARLES CATHCART, et al.,<br><br>　　　　　　　　Defendants. | Case No. 07-4762-PJH<br><br>**DEFENDANT ROBERT NAGY'S STATEMENT OF NON-OPPOSITION TO THE UNITED STATES' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Hearing: April 23, 2008, 9:00 AM |

　　Defendant ROBERT J. NAGY submits this Statement of Nonopposition pursuant to Local Rule 7-3. ROBERT J. NAGY does not oppose the UNITED STATES' Motion for Leave to File First Amended Complaint.

DATED: April 15, 2008

JENKINS GOODMAN NEUMAN
& HAMILTON LLP

By: _____
　　FARLEY J. NEUMAN
　　Attorneys for ROBERT J. NAGY

f:\docs\fjn\u.s. v. nagy\pleadings\non-opposition to motion for 1st amended complaint.doc

-1-

DEFENDANT ROBERT NAGY'S STATEMENT OF NON-OPPOSITION