1  ERIC L. WEBB, ESQ. (State Bar No. 192532)
   BARTSCH & WEBB
2  317 Rosecrans Avenue
   Manhattan Beach, California 90266
3  Telephone: (310) 546-4004
   Facsimile: (310) 546-4033

Attorneys for Defendant
CHARLES CATHCART

# IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CHARLES CATHCART, et al. | Civil No. C074762 PJH<br><br>**DEFENDANT CHARLES CATHCART'S STATEMENT OF NON-OPPOSITION TO THE UNITED STATES' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Hearing: April 23, 2008<br>Time:    9:00 a.m. |

Defendant CHARLES CATHCART submits this Statement of Non-opposition pursuant to Local Rule 7-3. CHARLES CATHCART does not oppose the UNITED STATES' Motion for Leave to File First Amended Complaint.

Dated: April 15, 2008                          BARTSCH & WEBB

                                               By: __/s/ Eric Webb_____
                                               Eric L. Webb
                                               Attorneys for Defendant
                                               CHARLES CATHCART

**CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Joseph P. Russoniello | Allyson B. Baker |
| United States Attorney | Trial Attorney, Tax Division |
| Thomas Moore | U.S. Department of Justice |
| Assistant United States Attorney | Post Office Box 7238 |
| Chief, Tax Division | Ben Franklin Station |
| 9th Floor Federal Building | Washington, D.C. 20044 |
| 450 Golden Gate Avenue, Box 36055 | (allyson.b.baker@usdoj.gov) |
| San Francisco, California 94102 | *Attorney for Plaintiff* |
| *Attorney for Plaintiff* | |

HUONG T. BAILIE
Special Trial Attorney
160 Spear Street, 9th Floor
San Francisco, California 94105
*Attorney for Plaintiff*

Farley J. Neuman (fneuman@jgn.com)
Tom Prountzos (tprountzos@jgn.com)
Jenkins Goodma Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
*Attorneys for Defendant, Robert Nagy*

David Bujannoff Porter, Jr. (porter@woodporter.com)
Wood & Porter
333 Sacramento Street
San Francisco, California 94111
*Attorney for Scott Cathcart*

I further certify that on April 15, 2008, service of the foregoing was made upon the following by depositing a copy in the Unites States mail, postage prepaid:

Yuri Debevc (*pre se*)
1483 Burningtree Road
Charleston, SC 29412

                                                          /s/ Eric L. Webb
                                                          ERIC L. WEBB