# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

**CASE NO.  C 07-04762 PJH (JCS)**

**CASE NAME: USA v. Charles Cathcart**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**:  Karen Hom |
| **DATE**: April 25, 2008     **TIME: 6 Min** | **COURT REPORTER**: <u>Joan Columbini</u> |
| **COUNSEL FOR PLAINTIFF:** <br> Allyson Baker | **COUNSEL FOR DEFENDANT:** <br> No appearance |

**PROCEEDINGS:**                                         **RULING:**

1.  Pla's Motion for Default Judgment as                 **Withdrawn**
to Derivium Capital USA[Docket #11]

_____

**ORDERED AFTER HEARING:**

**USA agreed to withdraw their Motion for Entry of Default Judgment as to Derivium Capital, USA, without prejudice, subject to renewal upon the completion of the litigation against Dft Cathcart.**

_____

**ORDER TO BE PREPARED BY:**        () Plaintiff      () Defendant      (X) Court

**CASE CONTINUED TO:**

_____

| | | |
|---|---|---|
| Number of Depos: | Number of Experts: | Discovery Cutoff: |
| Expert Disclosure: | Expert Rebuttal: | Expert Discovery Cutoff: |
| Motions Hearing:     at 9:30 a.m. |  | Pretrial Conference:     at 1:30 p.m. |

**Trial Date:**              at 8:30 a.m.  ()Jury   ()Court      Set for      days
_____

cc:      Chambers; Karen
* (T) = Telephonic Appearance