to and ask the Court to enter this Stipulated Protective Order covering Personal Identifying Information.

By stipulating to this Protective Order, the parties acknowledge that they will receive un-redacted discovery containing Personal Identifying Information, and covenant to abide by the guidelines for redacting Personal Identifying Information established by Rule 5.2 of the Federal Rules of Civil Procedure in all electronic or paper filings with the Court.

Specifically, the parties agree to redact from any court filing all but the last four digits of any social-security number or taxpayer identification number, all but the last four digits of any financial-account number, all but the first and last initials of a minor child's name, and all but the year of an individual's birth date.

The parties further stipulate that any Personal Identifying Information produced during discovery is produced solely for purposes of prosecuting and/or defending this case only, and any other use of Personal Identifying Information so produced is prohibited. The parties agree to destroy material reflecting Personal Identifying Information produced by other parties at the conclusion of this litigation.

This stipulation does not preclude use of Personal Identifying Information that is consistent with the exceptions to redaction listed in Fed. R. Civ. P. 5.2(b) or an order of the Court.

IT IS SO STIPULATED.

Dated: 29 April, 2008

_____
Allyson B. Baker, Attorney for Plaintiff

Dated: ___ April, 2008

_____
Eric Webb, Attorney for Charles Cathcart

Dated: ___ April, 2008

_____
David Porter, Attorney for Scott Cathcart

Dated: ___ April, 2008

_____
Farley Neuman, Attorney for Robert Nagy

Dated: ___ April, 2008

_____
Yuri Debevc, pro se

1 to and ask the Court to enter this Stipulated Protective Order covering Personal Identifying
2 Information.
3     By stipulating to this Protective Order, the parties acknowledge that they will receive un-
4 redacted discovery containing Personal Identifying Information, and covenant to abide by the
5 guidelines for redacting Personal Identifying Information established by Rule 5.2 of the Federal
6 Rules of Civil Procedure in all electronic or paper filings with the Court.
7     Specifically, the parties agree to redact from any court filing all but the last four digits of
8 any social-security number or taxpayer identification number, all but the last four digits of any
9 financial-account number, all but the first and last initials of a minor child's name, and all but the
10 year of an individual's birth date.
11     The parties further stipulate that any Personal Identifying Information produced during
12 discovery is produced solely for purposes of prosecuting and/or defending this case only, and any
13 other use of Personal Identifying Information so produced is prohibited. The parties agree to
14 destroy material reflecting Personal Identifying Information produced by other parties at the
15 conclusion of this litigation.
16     This stipulation does not preclude use of Personal Identifying Information that is
17 consistent with the exceptions to redaction listed in Fed. R. Civ. P. 5.2(b) or an order of the Court.
18
19 IT IS SO STIPULATED.
20 Dated: ___ April, 2008
21                                   Allyson B. Baker, Attorney for Plaintiff
22 Dated: 21 April, 2008
                                    Eric Webb, Attorney for Charles Cathcart
23 Dated: ___ April, 2008
24                                   David Porter, Attorney for Scott Cathcart
25 Dated: ___ April, 2008
                                  Farley Neuman, Attorney for Robert Nagy
26 Dated: ___ April, 2008
27                                   Yuri Debevc, pro se
28

1 | to and ask the Court to enter this Stipulated Protective Order covering Personal Identifying Information.

By stipulating to this Protective Order, the parties acknowledge that they will receive un-redacted discovery containing Personal Identifying Information, and covenant to abide by the guidelines for redacting Personal Identifying Information established by Rule 5.2 of the Federal Rules of Civil Procedure in all electronic or paper filings with the Court.

Specifically, the parties agree to redact from any court filing all but the last four digits of any social-security number or taxpayer identification number, all but the last four digits of any financial-account number, all but the first and last initials of a minor child's name, and all but the year of an individual's birth date.

The parties further stipulate that any Personal Identifying Information produced during discovery is produced solely for purposes of prosecuting and/or defending this case only, and any other use of Personal Identifying Information so produced is prohibited. The parties agree to destroy material reflecting Personal Identifying Information produced by other parties at the conclusion of this litigation.

This stipulation does not preclude use of Personal Identifying Information that is consistent with the exceptions to redaction listed in Fed. R. Civ. P. 5.2(b) or an order of the Court.

IT IS SO STIPULATED.

Dated: ___ April, 2008

_____
Allyson B. Baker, Attorney for Plaintiff

Dated: ___ April, 2008

_____
Eric Webb, Attorney for Charles Cathcart

Dated: **22** April, 2008

_____
David Porter, Attorney for Scott Cathcart

Dated: ___ April, 2008

_____
Farley Neuman, Attorney for Robert Nagy

Dated: ___ April, 2008

_____
Yuri Debevc, pro se

1 to and ask the Court to enter this Stipulated Protective Order covering Personal Identifying
2 Information.
3     By stipulating to this Protective Order, the parties acknowledge that they will receive un-
4 redacted discovery containing Personal Identifying Information, and covenant to abide by the
5 guidelines for redacting Personal Identifying Information established by Rule 5.2 of the Federal
6 Rules of Civil Procedure in all electronic or paper filings with the Court.
7     Specifically, the parties agree to redact from any court filing all but the last four digits of
8 any social-security number or taxpayer identification number, all but the last four digits of any
9 financial-account number, all but the first and last initials of a minor child's name, and all but the
10 year of an individual's birth date.
11     The parties further stipulate that any Personal Identifying Information produced during
12 discovery is produced solely for purposes of prosecuting and/or defending this case only, and any
13 other use of Personal Identifying Information so produced is prohibited. The parties agree to
14 destroy material reflecting Personal Identifying Information produced by other parties at the
15 conclusion of this litigation.
16     This stipulation does not preclude use of Personal Identifying Information that is
17 consistent with the exceptions to redaction listed in Fed. R. Civ. P. 5.2(b) or an order of the Court.
18
19 IT IS SO STIPULATED.
20 Dated: ___ April, 2008

    _____
    Allyson B. Baker, Attorney for Plaintiff

21
22 Dated: ___ April, 2008

    _____
    Eric Webb, Attorney for Charles Cathcart

23 Dated: ___ April, 2008

    _____
    David Porter, Attorney for Scott Cathcart

24
25 Dated: 28 April, 2008

    _____
    Farley Neuman, Attorney for Robert Nagy

26 Dated: ___ April, 2008

    _____
    Yuri Debevc, pro se

27
28

- 2 -

1  to and ask the Court to enter this Stipulated Protective Order covering Personal Identifying
2  Information.
3      By stipulating to this Protective Order, the parties acknowledge that they will receive un-
4  redacted discovery containing Personal Identifying Information, and covenant to abide by the
5  guidelines for redacting Personal Identifying Information established by Rule 5.2 of the Federal
6  Rules of Civil Procedure in all electronic or paper filings with the Court.
7      Specifically, the parties agree to redact from any court filing all but the last four digits of
8  any social-security number or taxpayer identification number, all but the last four digits of any
9  financial-account number, all but the first and last initials of a minor child's name, and all but the
10 year of an individual's birth date.
11     The parties further stipulate that any Personal Identifying Information produced during
12 discovery is produced solely for purposes of prosecuting and/or defending this case only, and any
13 other use of Personal Identifying Information so produced is prohibited.  The parties agree to
14 destroy material reflecting Personal Identifying Information produced by other parties at the
15 conclusion of this litigation.
16     This stipulation does not preclude use of Personal Identifying Information that is
17 consistent with the exceptions to redaction listed in Fed. R. Civ. P. 5.2(b) or an order of the Court.
18
19 IT IS SO STIPULATED.
20 Dated: ___ April, 2008
21                                         _____
                                           Allyson B. Baker, Attorney for Plaintiff
22 Dated: ___ April, 2008
                                           _____
                                           Eric Webb, Attorney for Charles Cathcart
23 Dated: ___ April, 2008
24                                         _____
                                           David Porter, Attorney for Scott Cathcart
25 Dated: ___ April, 2008
                                           _____
                                           Farley Neuman, Attorney for Robert Nagy
26 Dated: 28 April, 2008
                                           _____
                                           Yuri Debevc, pro se
27
28                                         - 2 -