## CERTIFICATE OF SERVICE

      I hereby certify that on April 29, 2008, I electronically filed Stipulation re Protective Order Governing Disclosure of Certain Information using the CM/ECF System which will send notification of such filing to the following:

Farley J. Neuman (fneuman@jgn.com)
Tom Prountzos (tprountzos@jgn.com)
Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
*Attorneys for Defendant, Robert Nagy*

David Bujannoff Porter , Jr. (porter@woodporter.com)
Wood & Porter
333 Sacramento Street
San Francisco, CA 94111
*Attorney for Scott Cathcart*

Eric Webb
Bartsch & Webb
317 Rosecrans Avenue
Manhattan Beach, California 90266
ewebb@elwlaw.com
*Attorney for Charles Cathcart*

      I further certify that on April 30, 2008, service of the Stipulation re Protective Order Governing Disclosure of Certain Information was made upon the following by depositing a copy in the United States mail, postage prepaid:

Yuri Debevc (*pro se*)
1483 Burningtree Road
Charleston, SC 29412

                                              /s/ Allyson B. Baker
                                              ALLYSON B. BAKER