# United States District Court
NORTHERN DISTRICT OF CALIFORNIA

United States of America

v.

Charles Cathcart et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-4762-PJH

**E-filing**

TO: (Name and address of defendant)

Optech Limited
590 Madison Avenue
31st Floor
New York, New York 10022

Franklin W. Thomason
11469 West Camdon Drive
Casa Grande, Arizona 85222

Chi-Shu Hsin a/k/a Charles Hsin
312 Courthouse Road
Franklin Square, New York 11010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Allyson B. Baker
United States Department of Justice
Civil Tax Division
P.O. Box 7238
Washington, DC 20044

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE 5-1-08

(BY) DEPUTY CLERK
**Felicia Reloba**


AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                                              Signature of Server

                                                                    _____
                                                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure