JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6935
HUONG T. BAILIE (NYBN 4035739)
300 E. 8th Street, Suite 601
Austin, TX 78701
Telephone: (512) 499-5759
ALLYSON B. BAKER (DCBN 478073)
FREDERICK N. NOYES
Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 202-353-8031
Facsimile: (202) 514-6770
Email: allyson.b.baker@usdoj.gov
　　　　frederick.n.noyes@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CHARLES CATHCART *et al*., <br> Defendant. | Civil No. 07-4762-PJH <br><br> STIPULATED PROTECTIVE ORDER COVERING PERSONAL IDENTIFYING INFORMATION |

Disclosure and discovery activity in this action is likely to involve production of a significant number of documents containing confidential Personal Identifying Information, defined here to include individual social security numbers, taxpayer-identification numbers, birth dates, the names of minors, and financial-account numbers. The confidential nature of this information warrants special protection from public disclosure, and the parties therefore stipulate

to and ask the Court to enter this Stipulated Protective Order covering Personal Identifying Information.

By stipulating to this Protective Order, the parties acknowledge that they will receive un-redacted discovery containing Personal Identifying Information, and covenant to abide by the guidelines for redacting Personal Identifying Information established by Rule 5.2 of the Federal Rules of Civil Procedure in all electronic or paper filings with the Court.

Specifically, the parties agree to redact from any court filing all but the last four digits of any social-security number or taxpayer identification number, all but the last four digits of any financial-account number, all but the first and last initials of a minor child's name, and all but the year of an individual's birth date.

The parties further stipulate that any Personal Identifying Information produced during discovery is produced solely for purposes of prosecuting and/or defending this case only, and any other use of Personal Identifying Information so produced is prohibited.  The parties agree to destroy material reflecting Personal Identifying Information produced by other parties at the conclusion of this litigation.

This stipulation does not preclude use of Personal Identifying Information that is consistent with the exceptions to redaction listed in Fed. R. Civ. P. 5.2(b) or an order of the Court.

IT IS SO STIPULATED.

Dated: April 29, 2008          /s/ Allyson B. Baker
                               Allyson B. Baker, Attorney for Plaintiff

Dated: April 21, 2008          /s/ Eric Webb
                               Eric Webb, Attorney for Charles Cathcart

Dated: April 22, 2008          /s/ David Porter
                               David Porter, Attorney for Scott Cathcart

Dated: April 28, 2008          /s/ Farley Neuman
                               Farley Neuman, Attorney for Robert Nagy

Dated: April 28, 2008          /s/ Yuri Debevc
                               Yuri Debevc, pro se

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  DATED: 5/2/08

3  _____
   UNITED STATES

IT IS SO ORDERED
Judge Phyllis J. Hamilton