1 FARLEY J. NEUMAN, ESQUIRE - State Bar #100021
TOM PROUNTZOS, ESQUIRE - State Bar #209409
2 JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
3 San Francisco, California  94104
Telephone:  (415) 705-0400
4 Facsimile:  (415) 705-0411

5 Attorneys for ROBERT J. NAGY

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 UNITED STATES OF AMERICA,

13                          Plaintiff,        Case No. C-07-4762-PJH

                                              **[PROPOSED] ORDER GRANTING**
14 vs.                                        **DEFENDANT ROBERT J. NAGY'S**
                                              **MOTION TO SEVER ALL CLAIMS**
15 CHARLES CATHCART, et al.,                  **AND TRANSFER VENUE PURSUANT**
                                              **TO 28 U.S.C. 1404(a)**
16                          Defendants.
                                              Date:    June 25, 2008
17                                            Time:    9:00 A.M.
                                              Dept.:   Room 3, 17th Floor
18
                                              Trial Date:  March 23, 2009
19

20
           Before the Court is the Motion of Defendant ROBERT J. NAGY to Sever All
21
   Claims and Transfer Venue Pursuant to 28 U.S.C. 1404(a) to the District of South
22
   Carolina.  This Motion was heard on _____ by the Court.
23
           Section 1404(a) of Title 28, United State Code grants the Court broad discretion to
24
   transfer a case to another judicial district based on considerations of convenience and
25
   fairness.  *Van Dusen v. Barrack*, 376 U.S. 612, 622 (1964).  Transfer is appropriate where
26
                                          -1-

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

1  it serves the convenience of the parties and witnesses, is in the interest of justice, and is to

2  a district where the case might have been brought.  28 U.S.C. 1404(a).  Rule 21 of the

3  Federal Rules of Civil Procedure provides that the Court may sever any claims against any

4  party.  Severance is appropriate where it is in the interest of justice or fosters the prompt

5  and efficient handling of litigation.

6       Having read the Motion, the Points and Authorities, and the Declarations, and

7  having heard argument of Counsel, the Court finds that the case against Mr. Nagy might

8  have been brought in the District of South Carolina pursuant to 28 U.S.C. 1391(b)(2)

9  because a substantial part of the events or omissions giving rise to the claim occurred in

10  South Carolina.  The Court further finds that transfer to South Carolina will serve the

11  convenience of the parties and witnesses and is in the interest of justice.  Finally, the Court

12  also finds that severance of all claims against Mr. Nagy is appropriate to effectuate transfer

13  pursuant to 28 U.S.C. 1404(a).

14       Accordingly, the Motion is GRANTED.

15       IT IS SO ORDERED.

16  DATED: _____

17                                                        _____
                                                          Hon. Phyllis J. Hamilton
18                                                        United States District Judge

19

20

21

22

23

24

25

26

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-2-

[PROPOSED] ORDER GRANTING DEFENDANT ROBERT J. NAGY'S MOTION TO SEVER ALL
CLAIMS AND TRANSFER VENUE PURSUANT TO 28 U.S.C. 1404(a)