Edward O.C. Ord, Esq. (SBN 52123)
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104
Telephone: (415) 274-3800
Facsimile: (415) 274-3838

Attorney for Defendants
Charles Hsin and Optech Limited

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CHARLES CATHCART, SCOTT CATHCART, YURIJ DEBEVC, a/k/a YURI DEBEVC, ROBERT NAGY, DERIVIUM CAPITAL (USA), INC., VERIDIA SOLUTIONS, OPTECH LIMITED, CHIHSIU HSIN, a/k/a CHARLES HSIN, FRANKLIN THOMASON<br><br>        Defendants. | Civil No. 07-4762-PJH<br><br>**STIPULATION PURSUANT TO LOCAL RULE 6-1 FOR ENLARGEMENT OF TIME TO FILE ANSWER TO THE UNITED STATES' FIRST AMENDED COMPLAINT BY DEFENDANTS CHARLES HSIN AND OPTECH LIMITED** |

        The Plaintiff and Defendants CHARLES HSIN and OPTECH LIMITED, through counsel, stipulate to extend the time to file the Answer to Plaintiff's First Amended Complaint from June 2, 2008 to June 30, 2008.

        The reasons for this request include:

1. Counsel for Defendants Hsin and Optech Limited has been temporarily retained to seek an extension to file the Answer but is not fully authorized to proceed in any other capacity at this time.

2. Due to the complexity of the case, counsel for Defendants Hsin and Optech Limited anticipates that more time will be needed to prepare the Answer and affirmative

1 | defenses and any necessary pre-answering motions that may need to be filed when counsel is authorized to proceed in the case.

3. Counsel for Defendants Hsin and Optech requires more time to resolve potential conflict of interest issues and obtain written waivers if such conflict can be waived.

IT IS SO STIPULATED

Dated: May 30, 2008                                   Dated: May 30, 2008

ORD & NORMAN

By /s/ Edward O.C. Ord                                By /s/ Allyson B. Baker
Edward O.C. Ord                                       Allyson B. Baker
Attorney for Defendants                               Attorney for Plaintiff
Charles Hsin and Optech Limited                       The United States of America

T:\Clients\7118\Stip Ext Time to Answer - Hsin Optech.doc

# CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joseph P. Russoniello
United States Attorney
Thomas Moore
Assistant United States Attorney
Chief, Tax Division
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
*Attorney for Plaintiff*

Allyson B. Baker
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
(allyson.b.baker@usdoj.gov)
*Attorney for Plaintiff*

HUONG T. BAILIE
Special Trial Attorney
160 Spear Street, 9th Floor
San Francisco, California 94105
*Attorney for Plaintiff*

ERIC L. WEBB
BARTSCH & WEBB
317 Rosecrans Avenue
Manhattan Beach, California 90069
(ewebb@elwlaw.com)
*Attorney for Defendant Charles Cathcart*

Farley J. Neuman (fneuman@jgn.com)
Tom Prountzos (tprountzos@jgn.com)
Jenkins Goodma Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
*Attorneys for Defendant, Robert Nagy*

David Bujannoff Porter, Jr. (porter@woodporter.com)
Wood & Porter
333 Sacramento Street
San Francisco, California 94111
*Attorney for Defendant Scott Cathcart*

I further certify that on May 30, 2008, service of the foregoing was made upon the following by depositing a copy in the Unites States mail, postage prepaid:

Yuri Debevc (*pro se*)
1483 Burningtree Road
Charleston, SC 29412

                                                /s/ Edward O. Ord
                                                EDWARD O. ORD