JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6935
HUONG T. BAILIE (NYBN 4035739)
Special Trial Attorney
160 Spear Street, 9th Floor
San Francisco, California 94105
Telephone: (415) 227-5123
ALLYSON B. BAKER (DCBN 478073)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 202-353-8031
Facsimile: (202) 514-6770
Email: allyson.b.baker@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CHARLES CATHCART *et al*. )<br>)<br>Defendants. ) | Civil No. 07-4762-PJH<br><br>THE UNITED STATES'S<br>INITIAL DISCLOSURES |

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, defendant, the United States of America makes the following initial disclosures:

**I. Individuals**

The following individuals may have discoverable information that the United States may use to support its claims or defenses in this case:

A. The following individuals may have information relating to (I) the promotion, execution, mechanics, history, scope, and extent of any tax-fraud scheme promoted and/or organized by the defendants, including the 90% Loan programs, as those programs are described in the complaint and/or (ii) the role of any entity by or related to any defendant, including Derivium Capital, LLC, Derivium (USA), Inc., Veridia Solutions, BVL, Optech Limited, Whitco, in promoting and/or organizing any aspect of any tax-fraud scheme, including the 90% Loan programs, as those programs are described in the complaint:

1. Charles Cathcart
c/o Eric Webb
Bartsch & Webb
317 Rosecrans Avenue
Manhattan Beach, California 90266

2. Scott Cathcart
c/o David Bujannoff Porter , Jr.
Wood & Porter
333 Sacramento Street
San Francisco, CA 94111

3. Yuri Debevc
1483 Burningtree Road
Charleston, SC 29412

4. Robert Nagy
c/o Farley J. Neuman
Tom Prountzos
Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104

5. Randolph Anderson
Charleston, South Carolina

6. Robert Brandenburg
Charleston, South Carolina

7. Mark Broadwater
Charleston, South Carolina

8. Jack Flader
157 Hong Lok East
Hong Lok Hong Kok Yuen Po Nt.
Hong Kong

9. Chi-Hsu Hsin
321 Courthouse Road

        Franklin Square, New York 11010-3936

10. Bryan Jeeves
    Jeeves Group of Companies
    Bahnhofstrasse 7
    Schaan
    Lichtenstein

11. Ron Jenkins
    Charleston, South Carolina

12. Patrick Kelley
    Charleston, South Carolina

13. David Lancaster
    California

14. Clifford Lloyd
    142 James St. S.
    Hamilton, Ontario, L8P 3A2

15. Jerry Pryor
    Charleston, South Carolina

16. Catherine Sandifer
    London, England

17. Jonathan Sandifer
    London, England

18. Timothy Scrantom
    Montana

19. Allison Skinner
    Charleston, South Carolina

20. Franklin Thomason
    11469 West Camdon Drive
    Casa Grade, Arizona 85222

21. To the extent not mentioned above, current or former employees of the following companies with information relating to that company's involvement with the promotion, organization, and/or execution of the 90% Loan programs, as those programs are described in the complaint:

    a. Scienda LLC
       Charleston, South Carolina

    b.    Shenandoah Holdings, LLC (Nevada)

    c.    Diversified Design Associates, Ltd. (South Carolina)

    d.    Bancroft Ventures Limited
Douglas, Isle of Man, British Isles

    e.    Optech Limited
590 Madison Avenue, 31st Floor
New York, New York 10022

    f.    Spencer Partners

    g.    WITCO
London, England

    h.    Veristeel
Nevada

B. The following individuals may have information relating to the role of any banks, investment banks, broker-dealers and/or other financial institutions in the promotion, execution, and/or organization of any tax-fraud scheme promoted or organized by defendants, including the 90% Loan programs, as those programs are described in the complaint:

    1.    Robert Gooch
Morgan Keegan and Company, Inc.
Memphis, Tennessee

    2.    George Gordon
Wachovia Corporation
Richmond, Virginia

    3.    Kevin Haase
Janney Montgomery Scott, LLC
Philadelphia, Pennsylvania

    4.    David Johansen
Napa Valley, California

5. One or more individuals employed currently or previously by Wachovia Corporation with information relating to that company's involvement with the promotion, organization and/or execution of the 90% Loan programs, as those programs are described in the complaint.

6. One or more individuals employed currently or previously by Morgan Keegan and Company, Inc. with information relating to that company's involvement with the promotion,

- 4 -

organization and/or execution of the 90% Loan programs, as those programs are described in the complaint.

7. One or more individuals employed currently or previously by Janney Montgomery Scott, LLC with information relating to that company's involvement with the promotion, organization, and/or execution of the 90% Loan programs, as those programs are described in the complaint.

C. The following individuals may have information relating to the false and/or fraudulent statements made by defendants, and/or any entities owned, operated, or affiliated with defendants in connection with their promotion, execution, and/or organization of the 90% Loan programs:

1. Arline Baker
   Pennsylvania

2. Chris Benigno
   Texas

3. Ted Bush
   California

4. Ellen Carrie
   Texas

5. Robert G. Fisher
   Texas

6. Donald Hancock
   Fair Oaks, California

7. Hammond
   Texas

8. Douglas Hartman
   California

9. Members of the Newton Family
   Wyoming

10. Daryl Paules
    Pennsylvania

11. Richard Potempa
    Colorado

    12.    Robert Sablehaus
              Baltimore, Maryland

    13.    Jing Li Sun
              California

    14.    Jiong Sun
              California

    15.    David Welch
              Menlo Park, California

## II. Documents

The United States has the following categories of documents within its possession, custody or control that it may use to support its claims or defenses in this case:

    A.    Defendants' promotional materials relating to the 90% Loan programs.

    B.    Master Loan Agreements executed by defendants and/or related entities in connection with the 90% Loan programs.

    C.    Investment and Loan Agreements executed by defendants in connection with the 90% Loan programs.

    D.    Stock Loan Administration Agreements executed by defendants in connection with the 90% Loan programs.

    E.    Incorporation documents for companies operated by and/or affiliated with defendants in connection with their promotion, execution and organization of the 90% Loan programs.

    F.    Incorporation documents for companies founded by Charles Cathcart and/or other defendants with the proceeds they received from the 90% Loan programs.

    G.    Defendants' individual and corporate tax returns.

    H.    Lists of customers who participated in the 90% Loan programs.

    I.    Documents reflecting defendants' customers' 90% Loan program transactions.

    J.    Lists of qualified advisors for Derivium Capital, LLC and its related entities.

    K.    The following publicly available documents:

1. Court filings in the related cases referenced in Part No. 9 of the Parties' Joint Case Management Statement, filed December 28, 2007, Dkt. # 22.

2. Court documents from People of the State of California v. Derivium Capital, LLC, et al., Case No. 02AS05849.

3. News articles discussing Charles Cathcart, Derivium Capital, LLC, and/or the 90% Loan programs, as they are described in the complaint.

**III.  Damages**

The United States is not seeking damages in this cases.

**IV.  Insurance Agreements**

Insurance agreements are not applicable to this case.

February 25, 2008

                                        Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney


                                        /s/ Allyson B. Baker
                                        ALLYSON B. BAKER
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        Post Office Box 7238
                                        Ben Franklin Station
                                        Washington, D.C.  20044
                                        Telephone: (202) 353-8031

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing has been made upon the following by depositing a copy in the United States mail, postage prepaid, and through e-mail, this 11th day of February, 2008.

Farley J. Neuman (fneuman@jgn.com)
Tom Prountzos (tprountzos@jgn.com)
Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
*Attorneys for Defendant, Robert Nagy*

David Bujannoff Porter, Jr. (porter@woodporter.com)
Wood & Porter
333 Sacramento Street
San Francisco, CA 94111
*Attorney for Scott Cathcart*

Yuri Debevc (*pro se*)
1483 Burningtree Road
Charleston, SC 29412
ydebevc@attglobal.net

Eric Webb
Bartsch & Webb
317 Rosecrans Avenue
Manhattan Beach, California 90266
ewebb@elwlaw.com
*Attorney for Charles Cathcart*

/s/ Allyson B. Baker
ALLYSON B. BAKER