ERIC L. WEBB, ESQ. (State Bar No. 192532)
BARTSCH & WEBB
9157 W. Sunset Boulevard, Suite 310
Los Angeles, California 90069
Telephone: (310) 248-3552
Facsimile: (310) 248-3546

Attorneys for Defendant
CHARLES CATHCART

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. C074762 PJH |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF ADDRESS OF BARTSCH & WEBB** |
| CHARLES CATHCART, et al. | |
| Defendant. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the contact information for Eric L. Webb and Bartsch & Webb, counsel for Defendant CHARLES CATHCART, has been changed. As of June 10, 2008, Counsel for Charles Cathcart's new contact information in connection with all documents and filings in the above-captioned matter is: **9157 W. Sunset Boulevard, Suite 310, Los Angeles, California 90069; Telephone: (310) 248-3552; Facsimile: (310) 248-3546.**

Dated: June 10, 2008                      BARTSCH & WEBB

                                          By: __/s/ Eric Webb_____
                                          Eric L. Webb
                                          Attorneys for Defendant
                                          CHARLES CATHCART



**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Joseph P. Russoniello | Allyson B. Baker |
| United States Attorney | Trial Attorney, Tax Division |
| Thomas Moore | U.S. Department of Justice |
| Assistant United States Attorney | Post Office Box 7238 |
| Chief, Tax Division | Ben Franklin Station |
| 9th Floor Federal Building | Washington, D.C. 20044 |
| 450 Golden Gate Avenue, Box 36055 | (allyson.b.baker@usdoj.gov) |
| San Francisco, California  94102 | *Attorney for Plaintiff* |
| *Attorney for Plaintiff* | |

HUONG T. BAILIE
Special Trial Attorney
160 Spear Street, 9th Floor
San Francisco, California  94105
*Attorney for Plaintiff*

Farley J. Neuman (fneuman@jgn.com)
Tom Prountzos (tprountzos@jgn.com)
Jenkins Goodma Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, California  94104
*Attorneys for Defendant, Robert Nagy*

David Bujannoff Porter, Jr. (porter@woodporter.com)
Wood & Porter
333 Sacramento Street
San Francisco, California  94111
*Attorney for Scott Cathcart*

I further certify that on June 10, 2008, service of the foregoing was made upon the following by depositing a copy in the Unites States mail, postage prepaid:

Yuri Debevc (*pre se*)
1483 Burningtree Road
Charleston, SC  29412

/s/ Eric L. Webb
ERIC L. WEBB