1  Edward O.C. Ord, Esq. (SBN 52123)
2  Ord & Norman
   233 Sansome Street, Suite 1111
3  San Francisco, CA 94104
   Telephone:  (415) 274-3800
4  Facsimile:  (415) 274-3838
5
6  Attorney for Defendants
   Charles Hsin and Optech Limited
7

8

9                    UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,            Civil No. 07-4762-PJH
12
                    Plaintiff,
13
        v.
14                                       ***EX PARTE* APPLICATION AND
   CHARLES CATHCART, SCOTT              ORDER EXTENDING TIME
15 CATHCART, YURIJ DEBEVC, a/k/a        FOR DEFENDANTS CHARLES
   YURI DEBEVC, ROBERT NAGY,            HSIN AND OPTECH LIMITED
16 DERIVIUM CAPITAL (USA), INC.,        TO ANSWER OR OTHERWISE
   VERIDIA SOLUTIONS, OPTECH            RESPOND TO PLAINTIFF'S
17 LIMITED, CHIHSIU HSIN, a/k/a         COMPLAINT; AND
   CHARLES HSIN, FRANKLIN               DECLARATIONS OF EDWARD
18 THOMASON                             O.C. ORD AND JENNY  LIN-
                                        ALVA IN SUPPORT THEREOF
19                  Defendants.
   _____
20 _____

21

22

23        Pursuant to FRCP 6(b), Defendants Charles Hsin and Optech Limited,

24 ("Defendants") hereby apply to the Court on an *ex parte* basis for an Order

25 extending Defendants Charles Hsin and Optech Limited's time to answer or

26 otherwise respond to Plaintiff's complaint.  Defendants' response to Plaintiff's

27 complaint is currently due on June 30, 2008, which takes into account a stipulated

28

                                        1

1  extension previously agreed to by the parties.  Due to an unusual set of

2  circumstances set out in the joint declaration below, Defendants seek a further

3  extension of time until July 15, 2008, to answer or otherwise respond to

4  Plaintiff's Complaint.

5       This application is brought on an *ex parte* basis due to that fact that if heard

6  on a regularly noticed basis, it would not be heard until on or after the due date

7  for Defendants' responsive pleading.

8       Per FRCP 6(b), the "good cause" for this application is as follows.  Under

9  penalty of perjury, the undersigned counsel states:

10    1.  Counsel continues to operate on limited authority to seek an extension of

11  time only, as counsel and the clients are waiting for a conflicts clearance and

12  letters.

13    2.  Ethics counsel was on vacation. Counsel has returned. However, ethics

14  counsel has requested and is now waiting for additional facts and information.

15  Ethics counsel cannot give a time or an answer on the waiver until he receives

16  this information and evidence and considers all of it. Some information has been

17  provided while the balance is currently in the process of being finalized and will

18  be delivered to the ethics counsel by next Tuesday.  There will not be enough

19  time to allow Counsel to prepare answers (including affirmative defenses) and/or

20  motions under the limited authority counsel has been given due to conflicts.

21    3.  This tax injunction case is very complex and eventual counsel of record

22  may prepare and file motions prior to filing any answer.

23    4.  The current situation will prejudice the moving defendants with respect to

24  motion and answer.

25    5.  There is another individual defendant, Frank Thomason that, to my

26  knowledge, has not been served. The undersigned may be in a position to

27  represent Mr. Thomason and we are awaiting a response.  If this effort is

28

1  successful, in the long run, time of all involved will be saved by having the
2  undersigned represent all three defendants.

3      6.  The undersigned wrote two letters to government counsel Allyson Baker.
4  The undersigned never received any answer.

5      7.  Counsel's associate, Jenny Lin-Alva, attempted to reach Ms. Baker two
6  times today at approximately 10:50 a.m. and 11:20 a.m. without success.  Abuot
7  or around 2:30 p.m., Ms. Baker returned Ms. Lin-Alva's calls.  Ms. Baker
8  indicated that she had been traveling all week and did not see the letters our office
9  sent her.  She indicated that she would agree to an extension past June 30 but not
10 to July 15 because it was uncertain whether Counsel's clients would seek
11 additional extensions.  Ms. Baker could not discuss this subject in more detail due
12 to the fact that she was about to depart from Grand Central Station and could not
13 hear Ms. Lin-Alva very well.  Ms. Baker assured Ms. Lin-Alva that she would
14 agree to an extension past June 30.  However, no specific date was agreed to.  Ms.
15 Baker indicated that the two offices should discuss this subject in more detail on
16 Tuesday, June 24, 2008.  Ms. Lin-Alva indicated to Ms. Baker that our office
17 would be filing a motion to seek an extension today given the rules of this Court
18 requiring a motion be filed 10 days in advance.  Ms. Baker indicated that a
19 motion today was not necessary since she was agreeing to an extension beyond
20 June 30.

21     8.  Due to the rules of this Court requiring a motion to seek an extension to be
22 filed 10 days prior to the date the answer is due, the undersigned is filing this
23 motion protectively pending discussion with Ms. Baker on June 24, 2008.

24     9.  Undersigned counsel hereby certifies that this application is made in good
25 faith and for good cause.

26

27

28

1   WHEREFORE, THE MOVING DEFENDANTS RESPECTFULLY REQUEST

2   THE COURT TO GRANT THE REQUESTED EXTENSION TO JULY 15,

3   2008.

4   I declare under penalty of perjury that the foregoing is true and correct.

5   Dated:  June 20, 2008                          Dated:  June 20, 2008

6

7   ORD & NORMAN

8

9   By_____/S/_____          By _____/S/_____
    Edward O.C. Ord, Esq.                      Jenny Lin-Alva, Esq.

10  Attorney for Defendants                    Counsel's Associate

11  Charles Hsin and Optech Limited            Ord & Norman

12

13

14                          **ORDER**

15      Having considered Defendants' Charles Hsin and Optech Limited

16  ("Defendants") *ex parte* application for an extension of time for Defendants to

17  answer or otherwise respond to Plaintiff's complaint, and finding good cause

18  therefore,

19      IT IS HEREBY ORDERED that Defendant have to and including [July 15,

20  2008] [_____, 2008] by with to file such pleading.

21

22  Dated: _____

23

24                          _____

25                          United States District Judge

26

27

28

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on June 20, 2008, I electronically filed the foregoing with the Clerk

3

of the Court using the CM/ECF System which will send notification of such filing to the

4

following:

5

Joseph P. Russoniello                        Allyson B. Baker
United States Attorney                       Trial Attorney, Tax Division

6

Thomas Moore                                 U.S. Department of Justice
Assistant United States Attorney             Post Office Box 7238

7

Chief, Tax Division                          Ben Franklin Station

8

9th Floor Federal Building                  Washington, D.C. 20044
450 Golden Gate Avenue, Box 36055            (allyson.b.baker@usdoj.gov)

9

San Francisco, California  94102             *Attorney for Plaintiff*
*Attorney for Plaintiff*

10

11

HUONG T. BAILIE                              ERIC L. WEBB
Special Trial Attorney                       BARTSCH & WEBB

12

160 Spear Street, 9th Floor                 317 Rosecrans Avenue
San Francisco, California  94105             Manhattan Beach, California  90069

13

*Attorney for Plaintiff*                     (ewebb@elwlaw.com)
                                             *Attorney for Defendant Charles Cathcart*

14

Farley J. Neuman (fneuman@jgn.com)

15

Tom Prountzos (tprountzos@jgn.com)
Jenkins Goodma Neuman & Hamilton LLP

16

417 Montgomery Street, 10th Floor
San Francisco, California  94104

17

*Attorneys for Defendant, Robert Nagy*

18

David Bujannoff Porter, Jr. (porter@woodporter.com)

19

Wood & Porter
333 Sacramento Street

20

San Francisco, California  94111

21

*Attorney for Defendant Scott Cathcart*

22

I further certify that on June 20, 2008, service of the foregoing was made upon the following by
depositing a copy in the Unites States mail, postage prepaid:

23

Yuri Debevc (*pro se*)

24

1483 Burningtree Road
Charleston, SC  29412

25

26

/s/ Edward O. Ord____

27

EDWARD O. ORD

28

*EX PARTE* APPLICATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPONSE TO COMPLAINT