UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff(s)
Petitioner(s)

- against -

CHARLES CATHCART ET AL.

Defendant(s)
Respondent(s)

INDEX #: 07-4762-PJH
DATE FILED: 05/01/2008

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 05/13/2008, 06:54AM at 321 COURTHOUSE ROAD, FRANKLIN SQUARE NY 11010, deponent served the within SUMMONS IN A CIVIL CASE & THE UNITED STATES'S FIRST AMENDED COMPLAINT on CHI-SHU HSIN A/K/A CHARLES HSIN, a defendant in the above action.

By personally delivering to and leaving with the said defendant personally a true copy thereof, and that he knew the person so served to be the person mentioned and described in the above mentioned papers.

CHI-SHU HSIN A/K/A CHARLES HSIN WAS PERSONALLY SERVED WHILE SITTING IN THE FRONT DRIVER'S SEAT OF A MOTOR VEHICLE BEARING NY LICENSE PLATE # CZJ2827, WHICH WAS PARKED IN THE DRIVEWAY AT THE ABOVE ADDRESS.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M    Approximate age 68    Approximate height 5'05"    Approximate weight 165    Color of skin WHITE    Color of hair BLACK & GREY
Other ORIENTAL, ACCENT, GLASSES

CHI-SHU HSIN A/K/A CHARLES HSIN told the deponent that he was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

UNITED STATES DEPT.
OF JUSTICE
CIVIL TAX DIVISION
PO BOX 7238
WASHINGTON, DC 20044
(202)305-3083

TONY CONIGLIARO

Sworn to before me on 06/02/2008
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726