Edward O.C. Ord, Esq. (SBN 52123)
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104
Telephone: (415) 274-3800
Facsimile: (415) 274-3838

Attorney for Defendants
Charles Hsin and Optech Limited

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHARLES CATHCART, SCOTT CATHCART, YURIJ DEBEVC, a/k/a YURI DEBEVC, ROBERT NAGY, DERIVIUM CAPITAL (USA), INC., VERIDIA SOLUTIONS, OPTECH LIMITED, CHIHSIU HSIN, a/k/a CHARLES HSIN, FRANKLIN THOMASON<br><br>        Defendants.<br>_____ | Civil No. 07-4762-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS HSIN AND OPTECH LIMITED'S ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 7-11 FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT** |

**ORDER**

Having considered Defendants' Charles Hsin and Optech Limited ("Defendants") administrative motion pursuant to Local Rule 7-11 for an extension of time to answer or otherwise respond to Plaintiff's complaint, and finding good cause therefore,

1  IT IS HEREBY ORDERED that Defendant have to and including [July 15,
2  2008] [_____, 2008] by with to file such pleading.
3
4  Dated: _____
5
6                                              _____
7                                              UNITED STATES DISTRICT JUDGE
8
   T:\Clients\7118\Admin motion time extension proposed order.doc
9

2
[PROPOSED] ORDER GRANTING DEFENDANTS HSIN AND OPTECH LIMITED'S ADMINISTRATIVE MOTION
PURSUANT TO LOCAL RULE 7-11 FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

# CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joseph P. Russoniello  
United States Attorney  
Thomas Moore  
Assistant United States Attorney  
Chief, Tax Division  
9th Floor Federal Building  
450 Golden Gate Avenue, Box 36055  
San Francisco, California  94102  
*Attorney for Plaintiff*

Allyson B. Baker  
Trial Attorney, Tax Division  
U.S. Department of Justice  
Post Office Box 7238  
Ben Franklin Station  
Washington, D.C. 20044  
(allyson.b.baker@usdoj.gov)  
*Attorney for Plaintiff*

HUONG T. BAILIE  
Special Trial Attorney  
160 Spear Street, 9th Floor  
San Francisco, California  94105  
*Attorney for Plaintiff*

ERIC L. WEBB  
BARTSCH & WEBB  
317 Rosecrans Avenue  
Manhattan Beach, California  90069  
(ewebb@elwlaw.com)  
*Attorney for Defendant Charles Cathcart*

Farley J. Neuman (fneuman@jgn.com)  
Tom Prountzos (tprountzos@jgn.com)  
Jenkins Goodma Neuman & Hamilton LLP  
417 Montgomery Street, 10th Floor  
San Francisco, California  94104  
*Attorneys for Defendant, Robert Nagy*

David Bujannoff Porter, Jr. (porter@woodporter.com)  
Wood & Porter  
333 Sacramento Street  
San Francisco, California  94111  
*Attorney for Defendant Scott Cathcart*

I further certify that on June 20, 2008, service of the foregoing was made upon the following by depositing a copy in the Unites States mail, postage prepaid:

Yuri Debevc (*pro se*)  
1483 Burningtree Road  
Charleston, SC  29412

/s/ Edward O. Ord____  
EDWARD O. ORD

[PROPOSED] ORDER GRANTING DEFENDANTS HSIN AND OPTECH LIMITED'S ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 7-11 FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT