UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date: June 25, 2008**                                          **JUDGE:  Phyllis J. Hamilton**

**Case No:  C-07-4762  PJH**

**Case Name: United States of America v. Charles Cathcart, et al.,**

**Attorney(s) for Plaintiff:**        Frederick Noyes
**Attorney(s) for Defendant:**     Farley Neuman

**Deputy Clerk**:  Nichole Heuerman                    **Court Reporter**: Sahar McVickar

PROCEEDINGS

    Defendant Robert Nagy's Motion to Sever and Transfer Venue-DENIED without prejudice as stated on the record.

cc: chambers file