JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6935
HUONG T. BAILIE (NYBN 4035739)
300 E. 8th Street, Suite 601
Austin, TX 78701
Telephone: (512) 499-5759
ALLYSON B. BAKER (DCBN 478073)
FREDERICK N. NOYES
Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 202-353-8031
Facsimile: (202) 514-6770
Email: allyson.b.baker@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHARLES CATHCART *et al.* ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil No. 07-4762-PJH <br><br> UNITED STATES' RESPONSE TO CHARLES HSIN'S AND OPTECH LIMITED'S ADMINISTRATIVE MOTION FOR EXTENSION OF OF TIME TO ANSWER PLAINTIFF'S COMPLAINT |

1
2
3  Dated: June 26, 2008
4                                              Respectfully submitted,
5                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
6
7                                              /s/ Allyson B. Baker
                                               ALLYSON B. BAKER
8                                              FREDERICK N. NOYES
                                               Tax Division
9                                              U.S. Department of Justice
                                               Post Office Box 7238
10                                             Ben Franklin Station
                                               Washington, D.C.  20044
11                                             Telephone: (202) 353-8031
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                              2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2008 I electronically filed the foregoing Memorandum In Response to Hsin and Optech's Administrative Motion for an Extension to Answer the Complaint with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Farley J. Neuman (fneuman@jgn.com)
Tom Prountzos (tprountzos@jgn.com)
Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
Attorneys for Defendant, Robert Nagy

David Bujannoff Porter, Jr. (porter@woodporter.com)
Wood & Porter
333 Sacramento Street
San Francisco, CA 94111
Attorney for Scott Cathcart

Eric Webb
Bartsch & Webb
9157 West Sunset Boulevard, Suite 310
Los Angeles, CA 90069
ewebb@elwlaw.com
*Attorney for Charles Cathcart*

Edward O.C. Ord (ordeoc@sbcglobal.net)
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104
*Attorney for Charles Hsin and Optech Limited*

I further certify that on June 26, 2008, service of the foregoing was made upon the following by depositing a copy in the United States mail, postage prepaid:

Yuri Debevc (*pro se*)
1483 Burningtree Road
Charleston, SC 29412
ydebevc@attglobal.net

     s/ Allyson B. Baker
     ALLYSON B. BAKER