IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Civil No. 03:07-4762-PJH (JCS) |
| ) | |
| CHARLES CATHCART *et al*.  ) | **ORDER** |
| ) | |
| Defendants. ) | |

Upon consideration of CHARLES HSIN AND OPTECH LIMITED'S ADMINISTRATIVE MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT and all papers filed in support of and in response to this motion, it is hereby ORDERED

that Charles Hsin and Optech Limited shall have until July 15, 2008 to file a response to the United States' First Amended Complaint; and it is hereby FURTHER ORDERED

that July 15, 2008 shall be the final extension of time granted to Charles Hsin and Optech Limited for filing a response to the United States' First Amended Complaint

1    SO ORDERED THIS 30th day of June _____ 2008

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*United States District Court, Northern District of California*