```
Edward O.C. Ord, Esq. (SBN 52123)
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104
Telephone:  (415) 274-3800
Facsimile:  (415) 274-3838

Attorney for Defendants
Charles Hsin and Optech Limited
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES CATHCART, SCOTT CATHCART, YURIJ DEBEVC, a/k/a YURI DEBEVC, ROBERT NAGY, DERIVIUM CAPITAL (USA), INC., VERIDIA SOLUTIONS, OPTECH LIMITED, CHIHSIU HSIN, a/k/a CHARLES HSIN, FRANKLIN THOMASON<br><br>    Defendants.<br>_____ | Civil No. 07-4762-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CHARLES HSIN AND OPTECH LIMITED'S MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT PURSUANT TO FRCP 8(a), 8(e), 9(b) AND 12(e)**<br><br>**Hearing Date**: August 27, 2008<br>**Time:**         9 A.M.<br>**Courtroom:**  3<br>**Judge:**        Hon. Phyllis J. Hamilton |

Pursuant to Federal Rules of Civil Procedure 8(a), 8(e), 9(b), and 12(e), Defendants Optech Limited and Charles Hsin moved the Court for dismissal of the plaintiff's complaint matter or, in the alternative, for a more definite statement and the motion came on for hearing before the Court on April 23, 2008.  Upon consideration of the matters submitted by the parties, the arguments of counsel, and all of the papers and pleadings on file in this Action, Defendants' Motion is [GRANTED] [DENIED].

1  [Plaintiff's complaint is DISMISSED without leave to amend.]  [Plaintiffs have
2  [_____] days to file an amended complaint.]
3
4  IT IS SO ORDERED.
5      Dated:                                              _____
6                                                          J. PHYLLIS HAMILTON
7                                                          United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joseph P. Russoniello  
United States Attorney  
Thomas Moore  
Assistant United States Attorney  
Chief, Tax Division  
9th Floor Federal Building  
450 Golden Gate Avenue, Box 36055  
San Francisco, California  94102  
*Attorney for Plaintiff*

Allyson B. Baker  
Trial Attorney, Tax Division  
U.S. Department of Justice  
Post Office Box 7238  
Ben Franklin Station  
Washington, D.C. 20044  
(allyson.b.baker@usdoj.gov)  
*Attorney for Plaintiff*

HUONG T. BAILIE  
Special Trial Attorney  
160 Spear Street, 9th Floor  
San Francisco, California  94105  
*Attorney for Plaintiff*

ERIC L. WEBB  
BARTSCH & WEBB  
9157 W. Sunset Boulevard, Suite 310  
Los Angeles, California  90069  
(ewebb@elwlaw.com)  
*Attorney for Defendant Charles Cathcart*

Farley J. Neuman (fneuman@jgn.com)  
Tom Prountzos (tprountzos@jgn.com)  
Jenkins Goodma Neuman & Hamilton LLP  
417 Montgomery Street, 10th Floor  
San Francisco, California  94104  
*Attorneys for Defendant, Robert Nagy*

David Bujannoff Porter, Jr. (porter@woodporter.com)  
Wood & Porter  
333 Sacramento Street  
San Francisco, California  94111  
*Attorney for Defendant Scott Cathcart*

I further certify that on July 15, 2008, service of the foregoing was made upon the following by depositing a copy in the Unites States mail, postage prepaid:

Yuri Debevc (*pro se*)  
1483 Burningtree Road  
Charleston, SC  29412

                                                  /s/ Edward O. Ord  
                                                  EDWARD O. ORD