FARLEY J. NEUMAN, ESQUIRE - State Bar #100021
TOM PROUNTZOS, ESQUIRE - State Bar #209409
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for ROBERT J. NAGY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. C-07-4762-PJH |
|---|---|
| Plaintiff, | **NOTICE OF MOTION OF DEFENDANT ROBERT J. NAGY TO STAY THE PROCEEDINGS OR IN THE ALTERNATIVE TO SEVER ALL CLAIMS AND TRANSFER VENUE PURSUANT TO 28 U.S.C. 1404(a)** |
| vs. | |
| CHARLES CATHCART, et al., | |
| Defendants. | |
| | Date: September 10, 2008<br>Time: 9:00 a.m.<br>Dept.: Room 3, 17th Floor |
| | Trial: March 23, 2009 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON September 10, 2008 at 9:00 a.m., or as soon thereafter as the matter may be heard by the Court, Defendant ROBERT J. NAGY will move the Court to stay the proceedings to preserve his Seventh Amendment right to a jury trial or, in the alternative, to sever all claims against him and transfer venue pursuant to 28

-1-

NOTICE OF MOTION AND MOTION OF DEFENDANT ROBERT J. NAGY TO STAY THE
PROCEEDINGS OR IN THE ALTERNATIVE TO SEVER ALL CLAIMS AND
TRANSFER VENUE PURSUANT TO 28 U.S.C. 1404(a)

1  U.S.C. 1404(a) to the District of South Carolina, Charleston Division.

2      This Motion is based on this Notice of Motion, the Memorandum of Points and

3  Authorities and the Declaration of Tom Prountzos filed and served herewith, as well as the

4  papers, records, and pleadings on file herein.

5  DATED: July 30, 2008        JENKINS GOODMAN NEUMAN
                                                                                                                                                                                                                                                        & HAMILTON LLP

6

7

                                                 By: _____

8                                                        TOM PROUNTZOS
                                                      Attorneys for ROBERT J. NAGY

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

25

26                                                                   -2-

NOTICE OF MOTION AND MOTION OF DEFENDANT ROBERT J. NAGY TO STAY THE
PROCEEDINGS OR IN THE ALTERNATIVE TO SEVER ALL CLAIMS AND
TRANSFER VENUE PURSUANT TO 28 U.S.C. 1404(a)