1  FARLEY J. NEUMAN, ESQUIRE - State Bar #100021
   TOM PROUNTZOS, ESQUIRE - State Bar #209409
2  JENKINS GOODMAN NEUMAN & HAMILTON LLP
   417 Montgomery Street, 10th Floor
3  San Francisco, California 94104
   Telephone: (415) 705-0400
4  Facsimile: (415) 705-0411

5  Attorneys for ROBERT J. NAGY

6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10

11  UNITED STATES OF AMERICA,
                                            Case No. C-07-4762-PJH
12                          Plaintiff,
                                            [PROPOSED] ORDER GRANTING
13  vs.                                     DEFENDANT ROBERT J. NAGY'S
                                            MOTION TO STAY THE
14  CHARLES CATHCART, et al.,               PROCEEDINGS OR IN THE
                                            ALTERNATIVE TO SEVER ALL
15                          Defendants.     CLAIMS AND TRANSFER VENUE
                                            PURSUANT TO 28 U.S.C. 1404(a)
16
                                            Date:   September 10, 2008
17                                          Time:   9:00 a.m.
                                            Dept.:  Room 3, 17th Floor
18
                                            Trial:  March 23, 2009
19

20      Defendant ROBERT J. NAGY'S Motion to Stay the Proceedings or in the

21  Alternative to Sever All Claims and Transfer Venue Pursuant to 28 U.S.C. 1404(a) came

22  before the Court for hearing on September 10, 2008. Having read the parties' papers,

23  heard the parties' arguments, and carefully considered the relevant legal authority, the

24  Court hereby GRANTS the Motion for reasons summarized as follows:

25      The Court finds that it is necessary to grant this Motion to preserve Mr. Nagy's

26                                         -1-

1  Seventh Amendment right to a jury trial on the issue of whether his alleged conduct
2  violated 26 U.S.C. 6700.
3      Accordingly, the Motion is GRANTED and these proceedings are stayed until the
4  issue of whether Mr. Nagy's alleged conduct violates 26 U.S.C. 6700 has been tried in
5  Case No. 2:08-cv-02555-MBS in the District of South Carolina, Charleston Division, or
6  until such time as said Case is disposed of prior to trial.
7      [OR]
8      The Court finds that it is necessary to grant this Motion to preserve Mr. Nagy's
9  Seventh Amendment right to a jury trial on the issue of whether his alleged conduct
10 violated 26 U.S.C. 6700.  The Court further finds that transfer of all claims against Mr.
11 Nagy to the District of South Carolina, Charleston Division, will serve the convenience of
12 the parties and be in the interests of justice.  The District of South Carolina, Charleston
13 Division, is a district where the case against Mr. Nagy might have been brought because a
14 substantial part of the events giving rise to this matter occurred there.  Finally, the Court
15 also finds that use of its discretion under Federal Rule of Civil Procedure 21 to sever all
16 claims against Mr. Nagy is appropriate under the present circumstances.
17     According, the Motion is GRANTED and all claims against Mr. Nagy are hereby
18 severed pursuant to Federal Rule of Civil Procedure 21 and transferred to the District of
19 South Carolina, Charleston Division, pursuant to 28 U.S.C. 1404(a).
20 **IT IS SO ORDERED.**
21
22 Dated: _____
                                                                  Hon. Phyllis J. Hamilton
23                                                                   United States District Judge
24
25
26 -2-

Jenkins Goodman
Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

[PROPOSED] ORDER GRANTING DEFENDANT ROBERT J. NAGY'S MOTION TO STAY THE
PROCEEDINGS OR IN THE ALTERNATIVE TO SEVER ALL CLAIMS AND
TRANSFER VENUE PURSUANT TO 28 U.S.C. 1404(a)