IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 03:07-4762-PJH (JCS) |
| ) | |
| CHARLES CATHCART *et al*. ) | **ORDER** |
| ) | |
| Defendants. ) | |

Upon consideration of CHARLES HSIN'S AND OPTECH LIMITED'S MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT and the UNITED STATES' MEMORANDUM IN OPPOSITION TO CHARLES HSIN'S AND OPTECH LIMITED'S MOTION TO DISMISS, it is hereby ORDERED

that CHARLES HSIN'S AND OPTECH LIMITED'S MOTION TO DISMISS OR FOR A MORE DEFINITE STATEMENT is denied; and it is further ORDERED

that Charles Hsin and Optech Limited shall each file an answer to the First Amended Complaint no later than seven days from entry of this Order.

SO ORDERED THIS _____ day of _____ 2008

|     |                                   |
| --- | --------------------------------- |
| 1   | _____  |
| 2   | United States District Judge      |