Clerk's Use Only

Initial for fee pd.:

MATTHEW C. HICKS
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005 / 202-862-7852

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff(s),

v.

CHARLES CATHCART et al.

Defendant(s).

CASE NO. 3:07-cv-04762-PJH

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

FILED
AUG -7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Pursuant to Civil L.R. 11-3, MATTHEW C. HICKS, an active member in good standing of the bar of THE SUPREME COURT OF VIRGINIA, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing SCOTT CATHCART in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   DAVID B. PORTER, Wood & Porter, 333 Sacramento Street
   San Francisco, CA 94111 Telephone: 415-834-0117

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/6/08

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611022100
Cashier ID: almaceh
Transaction Date: 08/07/2008
Payer Name: CAPLIN AND DRYSDALE
--------------------------------
PRO HAC VICE
 For: M HICKS
 Case/Party: D-CAN-3-08-AT-PROHAC-001
 Amount:       $210.00
--------------------------------
CHECK
 Check/Money Order Num: 30921
 Amt Tendered: $210.00
--------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

C07-4762 PJH


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```