RECEIVED
AUG 07 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
Northern District of California

UNITED STATES OF AMERICA

          Plaintiff(s),

v.

CHARLES CATHCART et al.

          Defendant(s).

CASE NO. 3:07-cv-04762-PJH

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

MATTHEW C. HICKS, an active member in good standing of the bar of THE SUPREME COURT OF VIRGINIA whose business address and telephone number (particular court to which applicant is admitted) is

Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005 / 202-862-7852

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Scott Cathcart, plaintiff

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                      United States District    Judge
                                      Hon. Phyllis J. Hamilton