**RECEIVED**
AUG 0 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

UNITED STATES OF AMERICA

　　　　　　　　　　　　　　　　CASE NO. 3:07-cv-04762-PJH

　　　　　　　　　　　　　　　　(Proposed)
　　　　　　Plaintiff(s),　　　　ORDER GRANTING APPLICATION
　v.　　　　　　　　　　　　　　FOR ADMISSION OF ATTORNEY
　　　　　　　　　　　　　　　　*PRO HAC VICE*
CHARLES CATHCART et al.

　　　　　　Defendant(s).
_____/

DANIEL B. ROSENBAUM, an active member in good standing of the bar of
WASHINGTON, DC whose business address and telephone number
(particular court to which applicant is admitted)
is
　Caplin & Drysdale, Chartered
　One Thomas Circle, N.W., Suite 1100
　Washington, DC 20005 / 202-862-5032
,
having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Scott Cathcart, defendant

　　　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District   Judge
　　　　　　　　　　　　　　　　　　Hon. Phyllis J. Hamilton