RECEIVED

AUG 07 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

UNITED STATES OF AMERICA

CASE NO. 3:07-cv-04762-PJH

Plaintiff(s),

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

CHARLES CATHCART et al.

Defendant(s).

MATTHEW C. HICKS              , an active member in good standing of the bar of

THE SUPREME COURT OF VIRGINIA         whose business address and telephone number

(particular court to which applicant is admitted)

is

Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005 / 202-862-7852

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Scott Cathcart, plaintiff

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac

vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:  8/12/08

IT IS SO ORDERED

Judge Phyllis J. Hamilton

United State                    dge
Hon.   Phyl                     ton

UNITED STATES DISTRICT COURT
For the Northern District of California