**RECEIVED**
**AUG 0 7 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:07-cv-04762-PJH |
| Plaintiff(s), | ~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| CHARLES CATHCART et al. | |
| Defendant(s). | |

DANIEL B. ROSENBAUM , an active member in good standing of the bar of WASHINGTON, DC whose business address and telephone number (particular court to which applicant is admitted) is

Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC  20005 / 202-862-5032

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Scott Cathcart, defendant

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8/12/08



United States District Judge
Hon. Phyllis J. Hamilton

IT IS SO ORDERED
Judge Phyllis J. Hamilton