1  FARLEY J. NEUMAN, ESQUIRE - State Bar #100021
   TOM PROUNTZOS, ESQUIRE – State Bar #209409
2  JENKINS GOODMAN NEUMAN & HAMILTON LLP
   417 Montgomery Street, 10th Floor
3  San Francisco, California 94104
   Telephone: (415) 705-0400
4  Facsimile: (415) 705-0411

5  Attorneys for DEFENDANT ROBERT J. NAGY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. C 07 4762 PJH |
|---|---|
| Plaintiff, | ORDER DENYING REQUEST TO ~~STIPULATION AND ORDER~~ MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER OF JANUARY 4, 2008 |
| vs. | |
| CHARLES CARTCART, SCOTT CATHCART, YURIJ DEBEVC, a/k/a/ YURIJ DEBEVC, ROBERT NAGY, DERIVIUM CAPITAL, LLC, DERIVIUM CAPITAL (USA), INC., and VERIDIA SOLUTIONS, LLC, | Dept.: Room 3, 17th Floor
Judge: Hon. Phyllis J. Hamilton

Trial: March 23, 2009 |
| Defendants. | |

Plaintiff UNITED STATES OF AMERICA and Defendants CHARLES CARTCART, SCOTT CATHCART, YURIJ DEBEVC (aka YURI DEBEVC), ROBERT NAGY, OPTECH LIMITED, and CHI-HSIU HSIN (aka CHARLES HSIN) (collectively, "Defendants") hereby stipulate and agree that the following Order should be entered in this case.

//

-1-

STIPULATION AND ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER OF JANUARY 4, 2008

1. **RECITALS**

    1.1   By way of a Case Management Order dated January 4, 2008, this Court set the following deadlines: (a) expert disclosure date of August 20, 2008; (b) non-expert discovery cut-off of September 3, 2008; (c) expert discovery cut-off of October 1, 2008; and (d) deadline to hear dispositive motions of November 19, 2008. Trial is currently set for March 23, 2009.

    1.2   The parties hereby stipulate to an extension of the expert disclosure deadline, both discovery cut-offs, and the deadline to hear dispositive motions. Written discovery has been much more extensive than had been anticipated, and the parties need additional time to evaluate the various claims and defenses raised herein and to conduct additional necessary discovery. For example, Plaintiff has produced eight (8) digital discs containing 363,159 separate files. Some of these files are multi-page files, including one file consisting of 692 pages. Furthermore, Discs 7 and 8, which contain a total of 105,743 separate files, were just recently produced on July 18, 2008. Naturally, Defendants are unable to meaningfully evaluate these documents and to conduct any necessary follow-up investigation and discovery under the existing deadlines.

2. **STIPULATION**

    The parties hereby stipulate to the following:

    2.1   The expert disclosure date will be continued to December 20, 2008.

    2.2   The non-expert discovery cut-off will be continued to January 3, 2009.

    2.3   The expert discovery cut-off will be continued to February 1, 2009.

    2.4   The deadline to hear dispositive motions will be continued to February 19, 2009.

    2.5   The current trial date of March 23, 2009 will not be changed by this Stipulation and Order.

Jenkins Goodman
Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-2-

STIPULATION AND ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER OF JANUARY 4, 2008

2.6     This Stipulation and Order is without prejudice to any party's right to bring a motion for a further modification of the Court's case management and pretrial orders or for a continuance of the trial date.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED: July 31, 2008                        JENKINS GOODMAN NEUMAN &
                                            HAMILTON LLP


                                            By: /S/ Farley J. Neuman
                                                FARLEY J. NEUMAN
                                                Attorneys for Defendant ROBERT J. NAGY


DATED: July 30, 2008                        THE UNITED STATES


                                            By: /S/ Allyson B. Baker
                                                ALLYSON B. BAKER
                                                Trial Attorney, Tax Division
                                                Attorneys for Plaintiff UNITED STATES OF
                                                AMERICA


DATED: August 7, 2008                       CAPLIN & DRYSDALE


                                            By: /S/ David B. Porter
                                                DANIEL B. ROSENBAUM
                                                MATTHEW C. HICKS
                                                Attorneys for Defendant SCOTT CATHCART


DATED: July 28, 2008                        BARTSCH & WEBB


                                            By: /S/ Eric L. Webb
                                                ERIC L. WEBB
                                                Attorneys for Defendant CHARLES
                                                CATHCART

Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
(415) 705-0400

-3-

STIPULATION AND ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER OF JANUARY 4, 2008

DATED: August 3, 2008

ORD & NORMAN

By: /S/ Edward O.C. Ord
    EDWARD O. C. ORD
    JENNY LIN-ALVA
    Attorneys for Defendants OPTECH LIMITED, and CHI-HSIU HSIN

DATED: July 31, 2008

By: /S/ Yurij Debevc
    YURIJ DEBEVC, Defendant In Propria Persona

//

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

**STIPULATION AND ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER OF JANUARY 4, 2008**

# ORDER

Good cause appearing therefore, the following stipulation is hereby entered by this Court:

(1) The expert disclosure date will be continued from August 20, 2008 to December 20, 2008.

(2) The non-expert discovery cut-off will be continued from September 3, 2008 to January 3, 2009.

(3) The expert discovery cut-off will be continued from October 1, 2008 to February 1, 2009.

(4) The deadline to hear dispositive motions will be continued from November 19, 2008 to February 19, 2009.

(5) Trial is still scheduled for March 23, 2009.

(6) This Stipulation and Order is without prejudice to any party's right to bring a motion for a further modification of the Court's case management and trial orders or for a continuance of the trial date.

**IT IS SO ORDERED.**

DATED: _____

**DENIED**
*Judge Phyllis J. Hamilton*

HONORABLE PHYLLIS J. HAMILTON
United States District Court, Northern District of California

Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
(415) 705-0400

STIPULATION AND ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER OF JANUARY 4, 2008