# AFFIDAVIT OF NON-SERVICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                            Plaintiff(s)
                            Petitioner(s)

- against -

CHARLES CATHCART ET AL.

                            Defendant(s)
                            Respondent(s)

INDEX #: 07-4762-PJH
DATE FILED: 05/01/2008

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

NINA CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

ON BEHALF OF THE PLAINTIFF IN THE ABOVE CAPTIONED CASE, IN EARLY JULY OF 2008, APPLE ATTORNEY SERVICE SENT A SUMMONS IN A CIVIL CASE & THE UNITED STATES'S FIRST AMENDED COMPLAINT TO PROCESS SERVER DONOVAN MEEKS IN ARIZONA. MR. MEEKS WAS INSTRUCTED TO PERSONALLY SERVE DEFENDANT FRANKLIN W. THOMASON AT 11469 WEST CAMDON DRIVE, CASA GRANDE AZ 85222.

MR. MEEKS HAS ADVISED APPLE THAT HE'S ATTEMPTED SERVICE AT LEAST 5-6 TIMES AND ON EACH ATTEMPT, BASICALLY THE SAME THING HAS OCCURED: THAT THE ABOVE ADDRESS IS A LARGE "MANSION" STYLE HOUSE ENTIRELY SURROUNDED BY A FENCE AND A LOCKED GATE AT THE ENTRANCE. THROUGH THE FENCE, MR. MEEKS HAS OBSERVED VARIOUS VEHICLES PARKED NEAR THE HOUSE. MR. MEEKS HAS TRIED HONKING HIS HORN TO GET THE ATTENTION OF THE OCCUPANTS BUT TO NO AVAIL. MR. MEEKS HAS FURTHER ATTEMPTED TO SPEAK WITH A NEIGHBOR OF THE ABOVE ADDRESS AND WAS TOLD BY THE NEIGHBOR THAT SHE DOESN'T KNOW THE PEOPLE THAT LIVE AT THE ABOVE ADDRESS BUT THEY JUST COME AND GO, ALTHOUGH NOT ON A SET SCHEDULE.

APPLE ATTORNEY SERVICE HAS PERFORMED VARIOUS SEARCHES THAT INDICATE THAT THE ABOVE ADDRESS IS STILL GOOD FOR FRANKLIN W. THOMASON. BASED ON YEARS OF EXPERIENCE, YOUR DEPONENT FEELS THAT WITH VARIOUS METHODS, INCLUDING STAKING OUT THE ABOVE ADDRESS, IT WOULD BE POSSIBLE TO PERSONALLY SERVE FRANKLIN W. THOMASON. HOWEVER, WE HAVE BEEN INFORMED THAT THE TIME TO SERVE IS ABOUT TO EXPIRE AND THAT THE COURT WOULD HAVE TO EXTEND THE TIME FOR SERVICE FOR PERSONAL SERVICE TO BE MADE. ACCORDINGLY, WE RESPECTFULLY REQUEST THAT AN EXTENSION OF TIME BE GRANTED SO THAT WE CAN HAVE ADDITIONAL TIME TO PERSONALLY SERVE FRANKLIN W. THOMASON IN THE ABOVE ENTITLED ACTION.

UNITED STATES DEPT.
OF JUSTICE
CIVIL TAX DIVISION
PO BOX 7238

WASHINGTON, DC 20044
(202)305-3083

*Nina Conigliaro*
NINA CONIGLIARO

Sworn to before me on 08/18/2008
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726

GOVERNMENT EXHIBIT B