IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 03:07-4762-PJH |
| ) | |
| CHARLES CATHCART et al. ) | **ORDER** |
| ) | |
| Defendants. ) | |

Upon consideration of the UNITED STATES'S MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO SERVE FRANKLIN THOMASON AND FOR PERMISSION TO SERVE BY PUBLICATION, it is hereby ORDERED

that the UNITED STATES'S MOTION FOR AN ENLARGEMENT OF TIME IN WHICH TO SERVE FRANKLIN THOMASON AND FOR PERMISSION TO SERVE BY PUBLICATION is granted, and it is further ORDERED;

that the United States shall serve Franklin Thomason on or before October 20, 2008, and it is further ORDERED;

that the United States shall be permitted to serve Franklin Thomason by publication in a newspaper based in or around Casa Grande, Arizona, in accordance with the rules for service as prescribed in Rule 415.50(b) of the California Code of Civil Procedure.

SO ORDERED THIS 25 day of August 2008

_____
United States District Court Judge