# ORD & NORMAN

ATTORNEYS AT LAW

| OTHER OFFICES | | AFFILIATED OFFICES |
|---|---|---|
| LOS ANGELES | 233 SANSOME STREET<br>SUITE 1111<br>SAN FRANCISCO, CALIFORNIA 94104-2317 | ATLANTA<br>NEW YORK<br>BASEL, SWITZERLAND<br>HONG KONG |

TELEPHONE: (415) 274-3800
FACSIMILE: (415) 274-3838

August 26, 2008

Clerk of the Court
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

  Re: Hsin – *U.S. v. Cathcart et. al.*, Docket No. 07-4762-PJH

Dear Clerk of the Court,

The purpose of this letter is to request a withdrawal of documents 100 and 101 in the above titled case. Document 100 is titled "Defendants Hsin and Optech Limited's Administrative Motion Pursuant to Local Rule 7-11 to Continue the Entire Case Management Schedule Order." Document 101 contains the Memorandum of Points and Authorities and the Declaration of Edward Ord in support of this motion.

Sincerely,

/s/ Edward O.C. Ord

Edward O.C. Ord

Enclosures

T:\Clients\7118\clerk-01.doc