## Exhibit A

THE UNDERSIGNED, being a party, or a consultant or expert retained by a party, in the above-referenced action, or being a potential or actual witness, or being an employee of one of the parties, or being any other person on whom the parties agreed in writing, hereby acknowledges the following:

1. I have been provided a copy of the Confidentiality Stipulation dated MAY 11 & 23, 2008.

2. I agree to be bound by its terms.

Date: 8/18/08

Signature: _____

DANIEL B ROSENBAUM
MATTHEW C. HICKS
Caplin & Drysdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005
Telephone: (202) 862-5032
Telephone: (202) 862-7852
Attorneys for Scott Cathcart, Plaintiff

3518492.1

## Exhibit A

THE UNDERSIGNED, being a party, or a consultant or expert retained by a party, in the above-referenced action, or being a potential or actual witness, or being an employee of one of the parties, or being any other person on whom the parties agreed in writing, hereby acknowledges the following:

1. I have been provided a copy of the Confidentiality Stipulation dated _5/11/2008, 5/23_ 2008.

2. I agree to be bound by its terms.

Date: _July 11, 2008_                                        _[signature]_
                                                                          Signature

## Exhibit A

THE UNDERSIGNED, being a party, or a consultant or expert retained by a party, in the above-referenced action, or being a potential or actual witness, or being an employee of one of the parties, or being any other person on whom the parties agreed in writing, hereby acknowledges the following:

1. I have been provided a copy of the Confidentiality Stipulation dated __5/1__, 2008.

2. I agree to be bound by its terms.

Date: 8/5/08

Signature: _____
Erich L. Webb

3486551.1

## Exhibit A

THE UNDERSIGNED, being a party, or a consultant or expert retained by a party, in the above-referenced action, or being a potential or actual witness, or being an employee of one of the parties, or being any other person on whom the parties agreed in writing, hereby acknowledges the following:

1. I have been provided a copy of the Confidentiality Stipulation dated _____ 2008.

2. I agree to be bound by its terms.

Date: 7/24/08

_____
Signature