YURIJ DEBEVC
*Pro Se*
1483 BURNING TREE ROAD
CHARLESTON, SOUTH CAROLINA 29412
Telephone: (843)762-6116

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES CATHCART, et al.,<br><br>Defendants. | Case No. C-07-4762-PJH<br><br>**NOTICE OF OBJECTION TO DEPOSITION OF DEFENDANT YURIJ DEBEVC SCHEDULED FOR AFTER THE DISCOVERY CUT-OFF DATE DEADLINE OF SEPTEMBER 3, 2008 AS DIRECTED BY CASE MANAGEMENT ORDER.** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant YURIJ DEBEVC objects, see attached EXHIBIT 1, to the scheduled date of September 4, 2008 for Defendant's deposition in Charleston, South Carolina as the date proposed and scheduled by the Plaintiff is after the NON-EXPERT DISCOVERY CUT-OFF date of **September 3, 2008,** as expressed in CASE MANAGEMENT AND PRETRIAL ORDER.

DATED: September 2, 2008

Yurij Debevc
*Pro Se*

-1-

# EXHIBIT 1.

**YURIJ DEBEVC**
1483 Burning Tree Road
Charleston, SC 29412
Tel.: (843) 469-1148 ---- E-mail: ydebevc@attglobal.net

September 2, 2008

Allyson B. Baker
Trial Attorney, Tax Division
U.S. Department of Justice
Post office Box 7238
Ben Franklin Station
Washington, D.C. 20044

Dear Ms. Baker,

Thank you for your call earlier today regarding my scheduled deposition for Thursday, September 4, 2008 in Charleston, South Carolina and expressing your concern that Hurricane Hanna approaching Charleston, might cause postponement of my deposition to a later date.

Since our conversation I've looked at the CASE MANAGEMENT AND PRETRIAL ORDER which dictates a cut-off date for all NON-EXPERT DISCOVERY (including depositions) as September 3, 2008.

So it seems that several weeks ago you scheduled my deposition in Charleston for after the cut-off date for non-expert discovery.

As a result of foregoing I have filed with the Court OBJECTION TO DEPOSITION OF DEFENDANT YURIJ DEBEVC SCHEDULED FOR SEPTEMBER 4, 2008 AFTER THE CUT-OFF DEADLINE DATE OF SEPTEMBER 3, 2008.

Sincerely,

Yurij Debevc
*Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2008, service of the foregoing and the attached letter, (EXHIBIT 1.), was made upon the following by depositing a copy in the United States mail, postage prepaid:

Allyson B. Baker
Trial Attorney, Tax Division
U.S. Department of Justice
Post office Box 7238
Ben Franklin Station
Washington, D.C. 20044
*Attorney for Plaintiff, the United States*

Farley J. Neuman
Tom Prountzos
Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
*Attorney for the Defendant, Robert Nagy*

David B. Porter
Wood & Porter, PC
333 Sacramento Street
San Francisco, CA 94111
*Attorney for the Defendant, Scott Cathcart*

Eric Webb
Bartsch & Webb
9157 W. Sunset Blvd., Suite 310
Los Angeles, CA 90069
*Attorney for Charles Cathcart*

Edward O.C. Ord
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104
*Attorney for Defendants Charles Hsin and Optech Limited*

Matthew Hicks
Daniel Rosenbaum
Caplin & Drysdale
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
*Attorneys for the Defendant, Scott Cathcart*

_____
Yurij Debevc
Pro Se