FARLEY J. NEUMAN, ESQUIRE - State Bar #100021
TOM PROUNTZOS, ESQUIRE – State Bar #209409
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for DEFENDANT ROBERT J. NAGY

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES CARTCART, SCOTT CATHCART, YURIJ DEBEVC, a/k/a/ YURIJ DEBEVC, ROBERT NAGY, DERIVIUM CAPITAL, LLC, DERIVIUM CAPITAL (USA), INC., and VERIDIA SOLUTIONS, LLC,<br><br>Defendants. | Case No. C 07 4762 PJH<br><br>**STIPULATION AND ORDER SHORTENING NOTICE OF MOTION OF DEFENDANT ROBERT J. NAGY TO CONTINUE THE TRIAL DATE AND ALL ASSOCIATED DEADLINES**<br><br>Dept.:  Room 3, 17th Floor<br>Judge:  Hon. Phyllis J. Hamilton<br><br>Trial:  March 23, 2009 |

Plaintiff UNITED STATES OF AMERICA and Defendants CHARLES CARTCART, SCOTT CATHCART, YURIJ DEBEVC (aka YURI DEBEVC), ROBERT NAGY, OPTECH LIMITED, and CHI-HSIU HSIN (aka CHARLES HSIN) (collectively, "Defendants") hereby stipulate and agree that the following Order should be entered in this case.

//

-1-
**STIPULATION AND ORDER SHORTENING NOTICE OF MOTION OF DEFENDANT ROBERT J. NAGY TO CONTINUE THE TRIAL DATE AND ALL ASSOCIATED DEADLINES**

1. **RECITALS AND STIPULATION**

1.1  By way of a Case Management Order dated January 4, 2008, this Court set the following deadlines: (a) expert disclosure date of August 20, 2008; (b) non-expert discovery cut-off of September 3, 2008; (c) expert discovery cut-off of October 1, 2008; and (d) deadline to hear dispositive motions of November 19, 2008. Trial is currently set for March 23, 2009.

1.2  Defendant ROBERT NAGY has prepared and is filing a Motion to Continue Trial Date and Associated Deadlines (hereinafter "Motion") continuing the trial date from March 23, 2009 to May 18, 2009 and all associated deadlines as follows: (a) expert disclosure deadline continued from August 20, 2008 to October 15, 2008; (b) non-expert discovery cut-off continued from September 3, 2008 to October 29, 2008; (c) expert discovery cut-off continued from October 1, 2008 to November 26, 2008; and (d) deadline to hear dispositive motions continued from November 19, 2008 to January 14, 2009.

1.3  All of the parties hereby stipulate that the Motion may be heard on shortened notice on September 17, 2008. However, counsel for CHI-HSIU HSIN (aka CHARLES HSIN), OPTECH LIMITED and CHARLES CATHCART have expressed that the sought continuance is not sufficiently long enough. CHI-HSIU HSIN (aka CHARLES HSIN) and OPTECH LIMITED, represented by Edward O.C. Ord, will be filing their own motion for a continuance seeking a longer continuance.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED: September 3, 2008          JENKINS GOODMAN NEUMAN &
                                   HAMILTON LLP


                                   By: /S/ Tom Prountzos
                                   TOM PROUNTZOS
                                   Attorneys for Defendant ROBERT J. NAGY

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-2-

STIPULATION AND ORDER SHORTENING NOTICE OF MOTION OF DEFENDANT ROBERT J. NAGY TO CONTINUE THE TRIAL DATE AND ALL ASSOCIATED DEADLINES

DATED: September 3, 2008        THE UNITED STATES

By: /S/ Allyson B. Baker
ALLYSON B. BAKER
Trial Attorney, Tax Division
Attorneys for Plaintiff UNITED STATES OF AMERICA

DATED: September 3, 2008        CAPLIN & DRYSDALE

By: /S/ Matthew C. Hicks
DANIEL B. ROSENBAUM, Pro Hac Vice
MATTHEW C. HICKS, Pro Hac Vice
Attorneys for Defendant SCOTT CATHCART

DATED: September 3, 2008        BARTSCH & WEBB

By: /S/ Eric L. Webb
ERIC L. WEBB
Attorneys for Defendant CHARLES CATHCART

DATED: September 3, 2008        ORD & NORMAN

By: /S/ Edward O.C. Ord
EDWARD O. C. ORD
Attorneys for Defendants OPTECH LIMITED, and CHI-HSIU HSIN

DATED: September 4, 2008

By: /S/ Yurij Debevc
YURIJ DEBEVC, Defendant In Propria Persona

Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery St.
10th Floor
San Francisco, CA 94104
(415) 705-0400

-3-

**STIPULATION AND ORDER SHORTENING NOTICE OF MOTION OF DEFENDANT ROBERT J. NAGY TO CONTINUE THE TRIAL DATE AND ALL ASSOCIATED DEADLINES**

# ORDER

Good cause appearing therefore, the following stipulation is hereby entered by this Court:

ROBERT NAGY'S Motion to Continue Trial Date and Associated Deadlines shall be heard by this Court on September 17, 2008.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE PHYLLIS J. HAMILTON
United States District Court, Northern District of California

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-4-

**STIPULATION AND ORDER SHORTENING NOTICE OF MOTION OF DEFENDANT ROBERT J. NAGY TO CONTINUE THE TRIAL DATE AND ALL ASSOCIATED DEADLINES**