1  FARLEY J. NEUMAN, ESQUIRE - State Bar #100021
   TOM PROUNTZOS, ESQUIRE - State Bar #209409
2  JENKINS GOODMAN NEUMAN & HAMILTON LLP
   417 Montgomery Street, 10th Floor
3  San Francisco, California 94104
   Telephone:    (415) 705-0400
4  Facsimile:    (415) 705-0411

5  Attorneys for ROBERT J. NAGY

6

7

8                       UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,           Case No. C-07-4762-pjh

13                        Plaintiff,    **NOTICE OF MOTION AND MOTION
                                        OF DEFENDANT ROBERT J. NAGY
14  vs.                                 TO CONTINUE THE TRIAL DATE
                                        AND ALL ASSOCIATED DEADLINES**
15  CHARLES CATHCART, et al.,
                                        Date:   September 17, 2008
16                        Defendants.   Time:   9:00 a.m.
                                        Dept.:  Room 3, 17th Floor
17
                                        Trial:  March 23, 2009
18

19

20       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21  PLEASE TAKE NOTICE THAT on September 17, 2008 at 9:00 a.m., or as soon thereafter

22  as the matter may be heard by the Court, Defendant ROBERT J. NAGY will move the

23  Court to continue the trial date from March 23, 2009 to May 18, 2009 and to continue all

24  associated deadlines relative to the new trial date as follows: (a) expert disclosure deadline

25  continued from August 20, 2008 to October 15, 2008; (b) non-expert discovery cut-off

26
                                        -1-

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

NOTICE OF MOITON AND MOTION OF DEFENDANT ROBERT J. NAGY TO
CONTINUE THE TRIAL DATE AND ALL ASSOCIATED DEADLINES

1  continued from September 3, 2008 to October 29, 2008; (c) expert discovery cut-off

2  continued from October 1, 2008 to November 26, 2008; and (d) deadline to hear

3  dispositive motions continued from November 19, 2008 to January 14, 2009.  **The parties**

4  **have stipulated that this Motion may be heard on shortened notice.**

5        This Motion is based on this Notice of Motion, the Memorandum of Points and

6  Authorities, the Declaration of Tom Prountzos, and the papers, records, and pleadings on

7  file herein.

8  DATED:  September 4, 2008           JENKINS GOODMAN NEUMAN
                                   & HAMILTON LLP

9

10

                              By: /S/ Tom Prountzos

11                                   TOM PROUNTZOS
                                 Attorneys for ROBERT J. NAGY

12

13

14

15

16

17

18

19

20

21

22

23

24

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

25

26

NOTICE OF MOITON AND MOTION OF DEFENDANT ROBERT J. NAGY TO
CONTINUE THE TRIAL DATE AND ALL ASSOCIATED DEADLINES