FARLEY J. NEUMAN, ESQUIRE - State Bar #100021
TOM PROUNTZOS, ESQUIRE - State Bar #209409
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone:   (415) 705-0400
Facsimile:    (415) 705-0411

Attorneys for ROBERT J. NAGY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>CHARLES CATHCART, et al.,<br><br>                    Defendants. | Case No. C-07-4762-PJH<br><br>**[PROPOSED] ORDER CONTINUING THE TRIAL DATE TO MAY 18, 2009 AND CONTINUING ALL ASSOCIATED DEADLINES**<br><br>Date:   September 17, 2008<br>Time:   9:00 a.m.<br>Dept.:   Room 3, 17th Floor<br><br>Trial:   March 23, 2009 |

　　　　Defendant ROBERT J. NAGY'S Motion to Continue the Trial Date and All Associated Deadlines came before the Court for hearing on September 17, 2008. Having read the parties' papers, heard the parties' arguments, and carefully considered the relevant legal authority, the Court hereby GRANTS the Motion for reasons summarized as follows:

　　　　The Court finds that a continuance is necessary to give the parties adequate time to review the voluminous discovery and to conduct follow-up investigation and discovery as may be necessary, and also so that the parties may secure qualified experts and so those

1  experts may base their opinions on complete discovery.  The Court also finds that a
2  continuance is necessary to avoid prejudice to the parties with regard to their preparation
3  for trial.  Finally, the Court finds that good cause has been shown with respect to the
4  granting of the continuance so that the scheduling Order should be modified.
5       Accordingly, the Motion is GRANTED and the trial date is hereby set for May 18,
6  2009.  All deadlines associated with the trail date are also hereby continued relative to the
7  new trial date of May 18, 2009 as follows: (a) the expert disclosure deadline is continued
8  from August 20, 2008 to October 15, 2008; (b) the non-expert discovery cut-off is
9  continued from September 3, 2008 to October 29, 2008; (c) the expert discovery cut-off is
10 continued from October 1, 2008 to November 26, 2008; and (d) the deadline to hear
11 dispositive motions is continued from November 19, 2008 to January 14, 2009.
12      IT IS SO ORDERED.
13
14 DATED: _____                    _____
15                                          Hon. Phyllis J. Hamilton
                                            United States District Judge

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-2-

[PROPOSED] ORDER CONTINUING THE TRIAL DATE TO MAY 18, 2009
AND CONTINUING ALL ASSOCIATED DEADLINES