Edward O.C. Ord, Esq. (SBN 52123)
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104
Telephone: (415) 274-3800
Facsimile: (415) 274-3838

Attorney for Defendants
Charles Hsin and Optech Limited

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES CATHCART, SCOTT CATHCART, YURIJ DEBEVC, a/k/a YURI DEBEVC, ROBERT NAGY, DERIVIUM CAPITAL (USA), INC., VERIDIA SOLUTIONS, OPTECH LIMITED, CHIHSIU HSIN, a/k/a CHARLES HSIN, FRANKLIN THOMASON<br><br>　　　　　Defendants. | Civil No. 07-4762-PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS CHARLES HSIN AND OPTECH LIMITED'S ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE L7-11 TO CONTINUE THE ENTIRE CASE MANAGEMENT SCHEDULE ORDER** |

　　　　Pursuant to Local Rule 7-11, Defendants Charles Hsin and Optech Limited moved the Court for a continuance of the entire case management schedule order as outlined in the Court's Civil Minute Order of January 3, 2008. Upon consideration of the matters submitted by the parties, the arguments of counsel, and all of the papers and pleadings on file in this Action, Defendants' Motion is GRANTED.

　　　　The following new deadlines shall apply:

　　　　1.　The last day to amend pleadings would be May 10, 2009.

1

2. The cut-off date for the designation of experts would be July 25, 2009.

3. The cut-off date for non-expert discovery would be August 8, 2009.

4. The cut-off date for expert discovery would be September 6, 2009.

5. Dispositive motions would be heard by October 24, 2009.

6. Trial would be set for February 28, 2010.

IT IS SO ORDERED.

Dated: September _____, 2008

                                                  J. PHYLLIS HAMILTON
United States District Judge

T:\Clients\7118\Motions\Motion to continue case management schedule order proposed order.doc

2

[PROPOSED] ORDER GRANTING DEFENDANTS' HSIN AND OPTECH LIMITED'S ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 7-11 TO CONTINUE THE ENTIRE CASE MANAGEMENT SCHEDULE ORDER

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Joseph P. Russoniello<br>United States Attorney<br>Thomas Moore<br>Assistant United States Attorney<br>Chief, Tax Division<br>9th Floor Federal Building<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California  94102<br>*Attorney for Plaintiff* | Allyson B. Baker<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 7238<br>Ben Franklin Station<br>Washington, D.C. 20044<br>(allyson.b.baker@usdoj.gov)<br>*Attorney for Plaintiff* |
| HUONG T. BAILIE<br>Special Trial Attorney<br>160 Spear Street, 9th Floor<br>San Francisco, California  94105<br>*Attorney for Plaintiff* | ERIC L. WEBB<br>BARTSCH & WEBB<br>9157 W. Sunset Boulevard, Suite 310<br>Los Angeles, California  90069<br>(ewebb@elwlaw.com)<br>*Attorney for Defendant Charles Cathcart* |

Farley J. Neuman (fneuman@jgn.com)
Tom Prountzos (tprountzos@jgn.com)
Jenkins Goodma Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, California  94104
*Attorneys for Defendant, Robert Nagy*

David Bujannoff Porter, Jr. (porter@woodporter.com)
Wood & Porter
333 Sacramento Street
San Francisco, California  94111
*Attorney for Defendant Scott Cathcart*

Yuri Debevc (*pro se*)
(ydebevc@attglobal.net)
1483 Burningtree Road
Charleston, SC  29412

                                                  /s/ Edward O. Ord____
                                                  EDWARD O. ORD