LAW OFFICES OF

# Jenkins Goodman Neuman & Hamilton LLP

REPLY TO → SAN FRANCISCO OFFICE
417 MONTGOMERY STREET, 10TH FLOOR
SAN FRANCISCO, CA 94104-1192
TEL (415) 705-0400  FAX (415) 705-0411

LOS ANGELES OFFICE
400 OCEANGATE, 7TH FLOOR
LONG BEACH, CA 90802-4306
TEL (562) 216-2952  FAX (562) 216-2953

September 5, 2008

E-MAIL ADDRESS           DIRECT PHONE
tprountzos@jgn.com       (415) 705-0412

**VIA E-FILING**

Clerk of the Court
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

RE:  United States of America v. Charles Cathcart, et al.
     USDC-Northern District No. C07-4762 PJH

Dear Sir/Madam:

The purpose of this letter is to request a withdrawal of the following documents from the Civil Docket in the above referenced case:

| Document No. | Pleading Title |
| --- | --- |
| 106 | Stipulation and Order Shortening Notice of Motion of Defendant Robert J. Nagy to Continue the Trial Date and All Associated Deadlines |
| 107 | Notice of Motion and Motion of Defendant Robert J. Nagy to Continue the Trial Date and All Associated Deadlines |
| 108 | Declaration of Tom Prountzos in Support of Motion to Continue Trial |
| 109 | Memorandum of Points and Authorities in Support of Motion to Continue Trial |
| 110 | [Proposed] Order Continuing the Trial Date to May 18, 2009 |

Thank you for your assistance.

Sincerely,

/s/ Tom Prountzos

Tom Prountzos, Esq.

TP:ps

f:\docs\fjn\u.s. v. nagy\misc.corres\court-08-0905.doc