1  JOSEPH P. RUSSONIELLO
United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T
Assistant United States Attorney
3  Chief, Tax Division
9th Floor Federal Building
4  450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
5  Telephone: (415) 436-6935
HUONG T. BAILIE (NYBN 4035739)
6  300 E. 8th Street, Suite 601
Austin, TX 78701
7  Telephone: (512) 499-5759
ALLYSON B. BAKER (DCBN 478073)
8  Trial Attorney, Tax Division
U.S. Department of Justice
9  Post Office Box 7238
Ben Franklin Station
10  Washington, D.C. 20044
Telephone: (202) 202-353-8031
11  Facsimile: (202) 514-6770
Email: allyson.b.baker@usdoj.gov

12

13                IN THE UNITED STATES DISTRICT COURT FOR THE
                     NORTHERN DISTRICT OF CALIFORNIA
14                      SAN FRANCISCO DIVISION

15  UNITED STATES                    )
                                     )
16              Plaintiff,           )
                                     )
17      v.                           )      Civil No. 07-4762-PJH
                                     )
18                                   )
CHARLES CATHCART *et al.*            )
19                                   )      NOTICE OF APPEARANCE
                                     )
20              Defendants.          )

21

22

23

24      Nathan E. Clukey, the undersigned, hereby enters an appearance in this case as counsel

for the plaintiff, the United States.  This appearance is in addition to Allyson B. Baker, who
25
remains as counsel for the plaintiff.
26

27

28
                                                                              3567897.2

1    Dated: September 8, 2008.

2

3                                                    Respectfully submitted,

4                                              JOSEPH P. RUSSONIELLO
                                                  United States Attorney

5

6                                                   /s/ Nathan E. Clukey

7                                              NATHAN E> CLUKEY
                                               Trial Attorney, Tax Division

8                                              U.S. Department of Justice
                                                  Post Office Box 7238

9                                                 Ben Franklin Station
                                               Washington, D.C. 20044

10                                            Telephone: (202) 616-9067
                                              Facsimile: (202) 514-6770

11                                    Email: Nathan.E.Clukey@usdoj.gov

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              - 2 -                              3567897.2

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on September 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

3

4

Farley J. Neuman (fneuman@jgn.com)
Tom Prountzos (tprountzos@jgn.com)

5

Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor

6

San Francisco, CA 94104
*Attorneys for Robert Nagy*

7

8

Daniel B. Rosenbaum (dbr@capdale.com)
Matthew C. Hicks (mh@capdale.com)
Caplin & Drysdale, Chartered

9

One Thomas Circle, N.W. Suite 1100
Washington, DC 20005

10

*Attorneys for Scott Cathcart*

11

David Bujannoff Porter, Jr. (porter@woodporter.com)
Wood & Porter

12

333 Sacramento Street
San Francisco, CA 94111

13

*Attorney for Scott Cathcart*

14

Eric Webb (ewebb@elwlaw.com)
Bartsch & Webb

15

317 Rosecrans Avenue
Manhattan Beach, California 90266

16

*Attorney for Charles Cathcart*

17

Edward O.C. Ord (ordeoc@sbcglobal.net)
Ord & Norman

18

233 Sansome Street, Suite 1111
San Francisco, CA 94104

19

*Attorney for Charles Hsin and Optech Limited*

20

I further certify that on September 8, 2008, service of the foregoing was made upon the following by depositing a copy in the United States mail, postage prepaid:

21

22

Yuri Debevc (*pro se*)
1483 Burningtree Road

23

Charleston, SC 29412
ydebevc@attglobal.net

24

25

                              /s/ Nathan E. Clukey
                              NATHAN E. CLUKEY

26

27

28

- 3 -

3567897.2