IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 03:07-4762-PJH |
| ) | |
| CHARLES CATCHART *et al*. ) | **DECLARATION OF** |
| ) | **ALLYSON B. BAKER** |
| Defendants. ) | |

1. I am over 18 years of age and am competent to testify as to facts stated below.

2. I am an attorney for the United States in the above-captioned action.

3. On August 26, 2008, I had a telephone conversation with Edward Ord concerning this litigation. Based on Mr. Ord's representations, I understand that as of now, he is authorized to represent Charles Hsin and Optech Limited in this litigation.

4. During our August 26 telephone conversation, Mr. Ord informed me that neither Hsin nor Optech could serve written discovery in this litigation at this time, because among other things, conflicts checks were still ongoing. Mr. Ord indicated that as a result of this process, he might have to withdraw as counsel at some future time; he provided me with no date certain for the completion of this conflicts check.

5. I informed Mr. Ord during our telephone conversation that the United States would be producing documents to Hsin and Optech imminently. I asked Mr. Ord whether he is authorized

to receive the Government's production of documents on behalf of Hsin and Optech. He indicated to me that he could receive this production of documents.

I declare under penalty of perjury, that the foregoing is true and correct.

Executed on the 8th day of September 2008.

                                              /s/ Allyson B. Baker
                                              Allyson B. Baker