```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5  UNITED STATES OF AMERICA,    )
                                 )
 6             Plaintiff,        )
                                 )
 7       vs.                     ) No. 07-4762-PJH (JCS)
                                 )
 8  CHARLES CATHCART, et al.,    )
                                 )
 9             Defendants.       )
    _____)
10
11
12
13
14
15          DEPOSITION OF CHARLES CATHCART
16              Los Angeles, California
17             Tuesday, August 19, 2008
18
19
20
    Reported by:
21  NANCY L. COLLIER
    CSR No. 5819
22  JOB No. 188627
23
24
25
```

COPY

```
 1  trip that you took with Mr. Hsin to China, either to
 2  meet with him there or to travel with him there?
 3      A    Probably in September of 2006.
 4      Q    After September of 2006, did you continue to
 5  work with or know Mr. Hsin?
 6           MR. WEBB:  Objection, compound.
 7           THE WITNESS:  Yes.
 8  BY MS. BAKER:
 9      Q    And in what capacity?
10      A    Also assisting with business plan writing
11  and advisory service, consulting advisory service,
12  for Chinese businesses.
13      Q    What's the nature of the consulting advisory
14  services that you provided?
15      A    How to present their businesses to
16  prospective investors.
17      Q    And what is Mr. Hsin's business in
18  connection with this business service that you're
19  providing?
20      A    That was the nature of the service that he
21  was providing, and I was a resource for him.
22      Q    I see.  And when did you work with him in
23  this capacity?
24      A    Through the early part of January 2007.
25      Q    And then after January 2007, did you
```

```
 1  continue to work with or know Mr. Hsin?
 2      A    Well, I've continued to know him, but I have
 3  not worked with him since early January 2007.
 4      Q    When was the last time you had a
 5  communication with him?
 6      A    I think last September.
 7      Q    Last September 2007?
 8      A    Right.
 9      Q    And what was the nature of that
10  communication?
11      A    To recommend an attorney for him.
12      Q    For what purpose?
13      A    For this litigation.
14      Q    Who did you recommend?
15      A    Edward Ord.
16      Q    Do you know if Mr. Hsin took your
17  recommendation?
18      A    I believe he did.
19      Q    And how did it come to pass that you had a
20  conversation with him in September of '07 relating to
21  his decision to hire or retain an attorney?
22      A    I think he contacted me.  I don't recall the
23  details.
24      Q    He contacted you?
25      A    I believe so.
```

```
 1     Q    Why might he have contacted you?
 2          MR. WEBB:  Objection, calls for speculation.
 3          THE WITNESS:  He needed representation.
 4  BY MS. BAKER:
 5     Q    Do you have any sense as to why Mr. Hsin
 6  would think to call you on the phone because he needs
 7  an attorney?  You're not an attorney, are you?
 8     A    No, I'm not.
 9     Q    I didn't think so.
10     A    But he knew that I was involved in the
11  litigation.
12     Q    Have you had any other communications with
13  him recently?  By communication I mean e-mail?
14     A    No.
15     Q    Voice mail?
16     A    No.
17     Q    Meeting in person?
18     A    No.
19     Q    How about Franklin Thomason, do you know
20  him?
21     A    I've met him.
22     Q    When did you meet him?
23     A    I met him on a couple of the trips that I
24  made to China.
25     Q    About when did you meet him?
```