**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

<u>**CIVIL MINUTES**</u>

**Date:  September 10, 2008**                    **JUDGE:  Phyllis J. Hamilton**

**Case No:  C-07-4762  PJH**

**Case Name: United States of America v. Charles Cathcart, et al.**

**Attorney(s) for Plaintiff:**          **Frederick N. Noyes**
**Attorney(s) for Defendant:**      **Farley J. Neuman, Edward O.C. Ord and Jenny C. Lin-Alva**

**Deputy Clerk**: Lashanda Scott                    **Court Reporter**:  Sahar McVickar

**PROCEEDINGS**

Defendant Robert J. Nagy's Motion to Stay, or in the alternative, To Sever all Claims - Motion
Denied.
Defendants Charles Hsin and Optech Limited's Motion to Dismiss First Amended Complaint, or
A More Definite Statement - Granted in Part/Denied in Part.
Defendant (Robert J. Nagy) Administrative Motion to Continue Trial and Associated
Deadlines - Motion Granted as follows:
Court Trial reset to October 19, 2009 at 8:30 a.m.  Trial set for one week.
Pretrial Conference reset to September 24, 2008 at 2:30 p.m.
Last Day for Dispositive Motion Hearing set on June 24, 2009 at 9:00 a.m.
Counsel will prepare a Stipulation and Proposed Order to include the discovery deadlines.
Court will prepare an Amended Pretrial Order.

**Order to be prepared by:**  Pl [  ] Def  [   ]  Court [   ]

**Notes:**

**cc:** Chambers