UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES**

**Date:** September 10, 2008            **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-4762 PJH

**Case Name:** United States of America v. Charles Cathcart, et al.

**Attorney(s) for Plaintiff:**    Frederick N. Noyes
**Attorney(s) for Defendant:**    Farley J. Neuman, Edward O.C. Ord and Jenny C. Lin-Alva

**Deputy Clerk:** Lashanda Scott      **Court Reporter:** Sahar McVickar

**PROCEEDINGS**

Defendant Robert J. Nagy's Motion to Stay, or in the alternative, To Sever all Claims - Motion Denied.
Defendants Charles Hsin and Optech Limited's Motion to Dismiss First Amended Complaint, or A More Definite Statement - Granted in Part/Denied in Part.
Defendant (Robert J. Nagy) Administrative Motion to Continue Trial and Associated Deadlines - Motion Granted as follows:
Court Trial reset to October 19, 2009 at 8:30 a.m. Trial set for one week.
Pretrial Conference reset to September 24, **2009** at 2:30 p.m.
Last Day for Dispositive Motion Hearing set on June 24, 2009 at 9:00 a.m.
Counsel will prepare a Stipulation and Proposed Order to include the discovery deadlines.
Court will prepare an Amended Pretrial Order.

**Order to be prepared by:** Pl [ ] Def [ ] Court [ ]

**Notes:**

**cc:** Chambers