JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6935
HUONG T. BAILIE (NYBN 4035739)
300 E. 8th Street, Suite 601
Austin, TX 78701
Telephone: (512) 499-5759
ALLYSON B. BAKER (DCBN 478073)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 202-353-8031
Facsimile: (202) 514-6770
Email: allyson.b.baker@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES CATHCART *et al.* <br><br> Defendants. | Civil No. 07-4762-PJH <br><br> STIPULATION AND ORDER MODIFIYING CASE MANAGEMENT AND <u>PRETRIAL ORDER</u> |

Plaintiff UNITED STATES OF AMERICA, and Defendants CHARLES CARTCART, SCOTT CATHCART, YURIJ DEBEVC (aka YURI DEBEVC), and ROBERT NAGY, (collectively, the "Parties") hereby stipulate and agree that the following Order should be entered in this case.

The above named Parties also have consulted with Edward Ord, counsel for OPTECH LIMITED, and CHI-HSIU HSIN (aka CHARLES HSIN). Despite the passage of three weeks since the Court ordered the Parties to submit a Stipulation and proposed Order concerning the new discovery dates, and as further set forth in the attached Declaration of Nathan E. Clukey, neither Mr. Ord nor his clients have consented to the discovery dates proposed herein.

## I. RECITALS

By way of a Case Management and Pretrial Order, dated January 4, 2008, this Court set the following deadlines and trial date: (a) expert disclosure date of August 20, 2008; (b) non-expert discovery cut-off of September 3, 2008; (c) expert discovery cut-off of October 1, 2008; and (d) deadline to hear dispositive motions of November 19, 2008; and (e) trial date of March 23, 2009.

On September 4, 2008, Defendants Optech Limited and Chi-Hsiu Hsin filed an Administrative Motion to Continue the Trial Date and All Associated Deadlines, which sought a continuance of the trial date and related pre-trial deadlines. On September 5, 2008, Defendant Robert J. Nagy also filed an Administrative Motion to Continue the Trial Date and All Associated Deadlines, which sought a continuance of the trial date and related pre-trial deadlines.

On September 10, 2008, at a hearing on other motions pending before the Court, the Court addressed the two administrative motions before it and ordered as follows: that the trial date shall be continued to October 19, 2009; that the last day for hearing of any dispositive motion shall be continued to June 24, 2009; that the pre-trial conference shall be continued to September 24, 2009; and that the parties shall meet and confer to reach a stipulation regarding other pre-trial deadlines and then file a stipulation reflecting the

agreed upon pre-trial deadlines and the dates ordered by the court.

## II. STIPULATION

The parties hereby stipulate to the following:

- Expert disclosures shall take place on or before April 20, 2009.
- Non-expert discovery shall be completed on or before May 20, 2009.
- Expert discovery shall be completed on or before July 20, 2009.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

DATED: September 11, 2008      THE UNITED STATES

By:   /S/ Nathan E. Clukey

NATHAN E. CLUKEY
Trial Attorney, Tax Division
Attorney for Plaintiff UNITED STATES OF AMERICA

DATED: September 10, 2008      JENKINS GOODMAN NEUMAN & HAMILTON LLP

By:   /S/ Farley J. Neuman

FARLEY J. NEUMAN
Attorney for Defendant ROBERT J. NAGY

DATED: September 26, 2008     CAPLIN & DRYSDALE

/S/ Matthew C. Hicks

DANIEL B. ROSENBAUM, *pro hac vice*
MATTHEW C. HICKS, *pro hac vice*
Attorneys for Defendant SCOTT
CATHCART

DATED: September 10, 2008     BARTSCH & WEBB

/S/ Eric L. Webb

ERIC L. WEBB
Attorney for Defendant CHARLES
CATHCART

DATED: October 1, 2008.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/S/ Nathan E. Clukey
NATHAN E. CLUKEY
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9067
Facsimile: (202) 514-6770
Email: Nathan.E.Clukey@usdoj.gov

## III. <u>ORDER</u>

Good cause appearing, the Court hereby adopts the stipulation of the parties and hereby modifies its Case Management and Pretrial Order, dated January 4, 2008, as follows:

- Expert disclosures shall take place on or before April 20, 2009.
- Non-expert discovery shall be completed on or before May 20, 2009.
- The last day for hearing of any dispositive motion shall be June 24, 2009;
- Expert discovery shall be completed on or before July 20, 2009.
- Pre-trial Conference shall take place on September 24, 2009 at 2:30 p.m.; and
- Trial shall commence October 19, 2009 at 8:30 a.m.

**IT IS SO ORDERED.**

DATED: 10/3/08                    _____
                                  HONORABLE PHYLLIS J. HAMILTON
                                  United States District Court
                                  District of California, Northern

