IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>          Plaintiff,<br><br>     v.<br><br>CHARLES CATHCART *et al.*,<br><br>          Defendants. | Civil No. 03:07-cv-4762-PJH<br><br>DENIAL OF DEFENDANT<br>OPTECH'S MOTION TO STAY |

**ORDER**

On November 4, 2008, Defendant, Optech Limited, moved for an order staying all proceedings against Defendant in this civil action and, in the alternative, for an order dismissing the action against Defendant as moot. (Docket # 136) Plaintiff, the United States, opposed this motion. (Docket # 144) Having read the parties' papers and carefully considered their arguments and the relevant legal authority, the Court hereby DENIES Defendant's motion to stay and alternative request for dismissal for the reasons set forth in Plaintiff's opposition.

The Court ORDERS Defendant Optech Limited to answer the United States' Second Amended Complaint within 20 days of the date of this order.

The Court further ORDERS Defendant Optech Limited to respond to the United States' First Set of Interrogatories and First Request for Production of Documents within 30 ~~20~~ days of the date of this order.

IT IS SO ORDERED THIS ___11th___ day of December 2008.

PJH
United
*[signed]* Judge Phyllis J. Hamilton
IT IS SO ORDERED