UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

    v.

CHARLES CATHCART, et al.,

    Defendant(s).

_____/

No. C 07-4762 PJH

**ORDER OVERRULING OBJECTIONS TO MAGISTRATE JUDGE'S DISCOVERY ORDER**

Before the court are the objections of defendant Charles Hsin to Magistrate Judge Spero's December 17, 2009 discovery order. In view of this court's extension of the discovery deadline and Hsin's concession that plaintiff could have re-served its discovery request, the court finds Hsin's objection that the discovery requests should be somehow reformatted and re-served entirely frivolous. With regard to Hsin's objection to Magistrate Judge Spero's overruling of his objections to the discovery, this court has reviewed the discovery requests de novo and agrees entirely with Magistrate Judge Spero. The boiler plate objections to each and every request for documents and interrogatories cannot serve to justify the withholding of every document or piece of information sought by plaintiff. Hsin may withhold documents and information subject to the privileges identified by Magistrate Judge Spero, but is ordered to otherwise comply with the requests. The January 12, 2009 deadline is extended to January 16, 2009.

The objections are OVERRULED.

**IT IS SO ORDERED.**

Dated: January 7, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge