UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff(s),                            No. C 07-4762 PJH

     v.                                   **ORDER**

CHARLES CATHCART, et al.,

     Defendant(s).

_____/

Before the court is the stipulation and request of the parties to modify the case management and pretrial order. As the parties were previously advised, the court requires 120 days between hearing dispositive motions and trial. The court's practice is based in part upon its assumption that the parties prefer to have rulings on dispositive motions before commencing pretrial preparation. The time allotted by the court is particularly critical in a case such as this that involves multiple defendants and where there is as yet no agreement that all defendants will join in one dispositive motion.

Accordingly, the court approves the proposed extension of the expert deadline and the dispositive hearing deadline, but also continues the trial date. the new schedule is as follows:

Expert disclosures on or before May 20, 2009

Last day for dispositive motions **July 29, 2009 at 9:00 am**

Pretrial conference **October 29, 2009 at 2:30 pm**

Trial on **November 16, 2009 at 8:30 am**

No further continuances will be permitted.

**IT IS SO ORDERED.**

Dated: April 8, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge