IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> CHARLES CATHCART *et al.*, <br><br> Defendants. | Civil No. 03:07-cv-4762-PJH-JCS |

## ORDER

Upon consideration of the PARTIES' JOINT STIPULATION CONCERNING TWO FOREIGN DEPOSITIONS, and good cause appearing, the Court hereby adopts the stipulation of the parties:

- The deposition of Nigel Wood and Colin Bowen may be taken outside the non-expert discovery period, and will be noticed for May 27 and 28, 2009;
- Expert reports may be amended solely to incorporate or refute the deposition testimony of Mr. Wood and Mr. Bowen, no later than two weeks after both transcripts becomes available.

**IT IS SO ORDERED.**

DATED: 4/22/09

_____
Judge Phyllis J. Hamilton
United States District Judge

4186257.1