ERIC L. WEBB (State Bar No. 192532)
**BARTSCH & WEBB**
9157 W. Sunset Boulevard, Suite 310
Los Angeles, California 90069
Telephone: (310) 248-3552
Facsimile: (310) 248-3546

Attorneys for Defendant
CHARLES CATHCART

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES CATHCART et al.,<br><br>Defendants. | Civil No. C074762 PJH<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** AND ORDER<br><br>(Assigned to the Honorable Phyllis Hamilton) |

NOTICE OF SUBSTITUTION OF COUNSEL

1

TO THE UNTIED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant CHARLES CATHCART ("Cathcart") makes the following substitution:

**Former Legal Representative:** Eric L. Webb, Bartsch & Webb.

**New Legal Representative:** On a going forward basis, Cathcart will be appearing *pro se*.

Cathcart's contact information is as follows: P.O. Box 754, Tuxedo Park, NY 10987; Phone: 201-793-7213; e-mail: cathcartc@yahoo.com.

Bartsch & Webb and Cathcart acknowledge their consent to this substitution by signing below.

DATED: May 5, 2009        **BARTSCH & WEBB**

                          By: _____
                              Eric L. Webb

DATED: May 5, 2009

                          By: _____
                              Charles Cathcart

5/5/09

**IT IS SO ORDERED**

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
NOTICE OF SUBSTITUTION OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joseph P. Russoniello
United States Attorney
Thomas Moore
Assistant United States Attorney
Chief, Tax Division
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
*Attorney for Plaintiff*

Nathan Clukey & Allyson B. Baker
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
*Attorney for Plaintiff*

HUONG T. BAILIE
Special Trial Attorney
160 Spear Street, 9th Floor
San Francisco, California 94105
*Attorney for Plaintiff*

Farley J. Neuman
Tom Prountzos
Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
*Attorneys for Defendant, Robert Nagy*

Yuri Debevc (*pro se*)
1483 Burningtree Road
Charleston, SC 29412

Edward Ord
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104
*Attorneys for Optech Ltd., Charles Hsin, and Franklin Thomason*

ERIC L. WEBB