Edward O.C. Ord, Esq. (SBN 52123)
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104
Telephone: (415) 274-3800
Facsimile: (415) 274-3838

Attorney for Defendants
Charles Hsin and Franklin Thomason

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES CATHCART, YURIJ DEBEVC, a/k/a YURI DEBEVC, ROBERT NAGY, DERIVIUM CAPITAL (USA), INC., VERIDIA SOLUTIONS, OPTECH LIMITED, CHIHSIU HSIN, a/k/a CHARLES HSIN, FRANKLIN THOMASON<br><br>Defendants. | Civil No. 03:07-cv-4762-PJH-JCS<br><br>**LETTER CONTAINING CONTACT INFORMATION FOR DEFENDANT CHARLES HSIN REGARDING HEARING ON JUNE 12, 2009**<br><br>*Hearing: June 12, 2009; 1:30 pm* |

DEFENDANT CHARLES HSIN'S REPLY IN SUPPORT OF MOTION FOR A PROTECTIVE ORDER

The Defendant Charles Hsin ("Hsin") hereby requests to appear telephonically at the June 12, 2009, hearing on Defendant Hsin's Motion for Protective Order Limiting the Use of Deposition of Charles Hsin. Contact information for counsel for Hsin, Edward Ord, is as follows:

Telephone: (415) 274-3800

Dated: June 1, 2009

Respectfully Submitted,

ORD & NORMAN

By /s/ Edward O.C. Ord
Edward O.C. Ord, Esq.
Attorneys for Defendant
Charles Hsin and Franklin Thomason

T:\Clients\7118\Motions\Letter- telephone appearance 6-12.doc

Dated: June 1, 2009

IT IS SO ORDERED

Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 1 -

# CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Joseph P. Russoniello<br>United States Attorney<br>Thomas Moore<br>Assistant United States Attorney<br>Chief, Tax Division<br>9th Floor Federal Building<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>*Attorney for Plaintiff* | Nathan E. Clukey<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 7238<br>Ben Franklin Station<br>Washington, D.C. 20044<br>(nathan.e.cluckey@usdoj.gov)<br>*Attorney for Plaintiff* |
| HUONG T. BAILIE<br>Trial Attorney<br>160 Spear Street, 9th Floor<br>San Francisco, California 94105<br>*Attorney for Plaintiff* | Farley J. Neuman (fneuman@jgn.com) Special<br>Tom Prountzos (tprountzos@jgn.com)<br>Jenkins Goodma Neuman & Hamilton LLP<br>417 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>*Attorneys for Defendant, Robert Nagy* |

Yuri Debevc (*pro se*)
1483 Burningtree Road
Charleston, SC 29412

Charles Cathcart (pro se)
PO Box 754
Tuxedo Park, NY 10987
Email: cathcartc@yahoo.com

              /s/ Edward Ord
               EDWARD ORD

- 2 -