JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6935
HUONG T. BAILIE (NYBN 4035739)
300 E. 8th Street, Suite 601
Austin, TX 78701
Telephone: (512) 499-5759
NATHAN E. CLUKEY (VABN 41347)
ELLEN K. WEIS (VABN 77454)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 202 616-9067
Facsimile: (202) 514-6770
Email: nathan.e.clukey@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 03:07-cv-4762-PJH-JCS |
| CHARLES CATHCART *et al.*, | ) | LETTER REQUESTING PERMISSION TO APPEAR TELEPHONICALLY AT HEARING OF JUNE 12, 2009 |
| Defendants. | ) | *Discovery Matter* |

Counsel for the United States respectfully requests permission to appear telephonically at the hearing scheduled for June 12, 2009, regarding Defendant Charles Hsin's Motion for a Protective Order (Doc. # 192).

If granted, counsel for the United States, Nathan E. Clukey, may be contacted at the

1

4325455.1


1  following telephone number: (202) 616-9067.

2

3  DATED: June 8, 2009.

4                                            Respectfully submitted,

5                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
6

7                                            /S/ Nathan E. Clukey
                                             NATHAN E. CLUKEY
8                                            ELLEN K. WEIS
                                             Trial Attorney, Tax Division
9                                            U.S. Department of Justice
                                             Post Office Box 7238
10                                           Ben Franklin Station
                                             Washington, D.C. 20044
11                                           Telephone: (202) 616-9067
                                             Facsimile: (202) 514-6770
12                                           Email: Nathan.E.Clukey@usdoj.gov
13

14

15  Dated: June 8, 2009

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

2

4325455.1

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the United States' Letter Request has been made, this 8th day of June, 2009, by filing the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Farley J. Neuman (fneuman@jgn.com)
Tom Prountzos (tprountzos@jgn.com)
Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
*Attorneys for Robert Nagy*

Edward O.C. Ord (ordeoc@sbcglobal.net)
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104
*Attorney for Charles Hsin, Optech Limited*, *and Franklin Thomason*

I further certify that on June 8, 2009, service of the foregoing was made upon the following by email:

Yuri Debevc (*pro se*)
1483 Burningtree Road
Charleston, SC 29412
ydebevc@attglobal.net

Charles Cathcart (*pro se*)
P.O. Box 754,
Tuxedo Park, NY 10987
cathcartc@yahoo.com

/s/ Nathan E. Clukey
NATHAN E. CLUKEY

4325455.1