United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff(s),

      v.

CHARLES CATHCART, ET AL.,

      Defendant(s).

_____/

Case No.  C07-04762 PJH (JCS)

**AMENDED ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT HSIN'S MOTION FOR PROTECTIVE ORDER LIMITING THE USE OF DEPOSITION OF HSIN [Docket No. 192]**

      On May 6, 2009, Defendant Charles Hsin filed a Motion for Protective Order Limiting the Use of Deposition of Charles Hsin to this Action (the "Motion").

      On June 12, 2009, a telephonic hearing was held on the Motion. Nathan Clukey, counsel for Plaintiff, appeared.  Edward O.C. Ord, counsel for Defendant Hsin, appeared.

      For reasons stated on the record, and good cause shown,

      IT IS HEREBY ORDERED that, pursuant to the agreement of the parties, the deposition of Defendant Hsin may not be disclosed to persons or entities other than the parties to this litigation and their counsel, provided however that the deposition may be used in any penalty proceeding or litigation, including any administrative proceeding, that has been filed or may in the future be filed against any of the defendants herein pursuant to sections 6700 and 6701.  Nothing in this Order shall be read in restrict the use of the Hsin deposition in this case or as a ruling on whether pleadings referencing or containing the Hsin deposition should be filed under seal.

      IT IS SO ORDERED.

Dated: July 6, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge