1   JOSEPH P. RUSSONIELLO
    United States Attorney
2   THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
3   Chief, Tax Division
    9th Floor Federal Building
4   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
5   Telephone: (415) 436-6935
    NATHAN E. CLUKEY (VABN 41347)
6   ELLEN K. WEIS (VABN 77454)
    Trial Attorney, Tax Division
7   U.S. Department of Justice
    Post Office Box 7238
8   Ben Franklin Station
    Washington, D.C. 20044
9   Telephone: (202) 202 616-9067
    Facsimile: (202) 514-6770
10  Email: nathan.e.clukey@usdoj.gov

11
                    IN THE UNITED STATES DISTRICT COURT FOR THE
12                     NORTHERN DISTRICT OF CALIFORNIA
                            SAN FRANCISCO DIVISION
13

14  UNITED STATES                        )
                                         )
        Plaintiff,                       )
15                                       )
        v.                               )      Civil No. 03:07-cv-4762-PJH-JCS
16                                       )
                                         )
17  CHARLES CATHCART *et al*.            )      LETTER REQUESTING PERMISSION
                                         )      TO APPEAR TELEPHONICALLY
18                                       )      AT HEARING OF JULY 10, 2009
                                         )
19                                       )
        Defendants.                      )      *Discovery Matter*
20                                       )

21
        Counsel for the United States respectfully requests permission to appear telephonically at
22
    the hearing scheduled for July 10, 2009, regarding the United States' Motion to Compel (Doc. #
23
    219).
24
        If granted, counsel for the United States, Nathan E. Clukey, may be contacted at the
25
    following telephone number:  (202) 616-9067.
26

27

28
                                            1                                    4412902.1

1    DATED: July 6, 2009.

2                                Respectfully submitted,

3                                JOSEPH P. RUSSONIELLO
                                United States Attorney

4

5                                /S/ Nathan E. Clukey

6                                NATHAN E. CLUKEY
                                ELLEN K. WEIS

7                                Trial Attorney, Tax Division
                                U.S. Department of Justice

8                                Post Office Box 7238
                               Ben Franklin Station

9                                Washington, D.C. 20044
                               Telephone: (202) 616-9067

10                             Facsimile: (202) 514-6770

11                             Email: Nathan.E.Clukey@usdoj.gov

12

13

14    Dated: July 9, 2009



IT IS SO ORDERED

Judge Joseph C. Spero

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                 2                                 4412902.1

1

2                        **CERTIFICATE OF SERVICE**

3            IT IS HEREBY CERTIFIED that service of the United States' Letter Request has been

4    made, this 6th day of July, 2009, by filing the foregoing with the Clerk of the Court using the

5    CM/ECF System, which will send notification of such filing to the following:

6

7    Farley J. Neuman (fneuman@jgn.com)
     Tom Prountzos (tprountzos@jgn.com)
8    Jenkins Goodman Neuman & Hamilton LLP
     417 Montgomery Street, 10th Floor
9    San Francisco, CA 94104
     *Attorneys for Robert Nagy*

10   Edward O.C. Ord (ordeoc@sbcglobal.net)
     Ord & Norman
11   233 Sansome Street, Suite 1111
     San Francisco, CA 94104
12   *Attorney for Charles Hsin, Optech Limited*, *and Franklin Thomason*

13
             I further certify that on July 6, 2009, service of the foregoing was made upon the
14
     following by email:
15

16   Yuri Debevc (*pro se*)
     1483 Burningtree Road
17   Charleston, SC 29412
     ydebevc@attglobal.net

18   Charles Cathcart (*pro se*)
     P.O. Box 754,
19   Tuxedo Park, NY 10987
     cathcartc@yahoo.com

20                                                 /s/ Nathan E. Clukey
                                                   NATHAN E. CLUKEY
21

22

23

24

25

26

27

28                                       3                                          4412902.1