UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

CHARLES CATHCART, et al.,

        Defendants.

_____/

No. C 07-4762 PJH

**NOTICE AND ORDER
CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The hearing on the parties' cross-motions for summary judgment and motion(s) to strike, which was previously set for July 29, 2009, at 9:00 a.m., has been CONTINUED to August 5, 2009, at 9:00 a.m., in Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED**.

Dated:  July 20, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge