1  Yurij Debevc
   *Pro Se*
2  1483 Burning Tree Road
   Charleston, SC 29412
3  Telephone: (843) 762-6116
   Email: ydebevc@attglobal.net
4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,           Civil No. 07-cv-4762-PJH

11           Plaintiff,                ORDER DENYING

12     v.                              **DEFENDANT YURIJ DEBEVC'S
                                       LETTER REQUESTING TO
13 CHARLES CATHCART, *et al.*          APPEAR TELEPHONICALLY AT
                                       HEARING ON AUGUST 5, 2009
14           Defendants.               REGARDING PARTIES' CROSS
   ─────────────────────────────       MOTIONS FOR SUMMARY
15                                     JUDGMENT**

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Defendant Yurij Debevc ("Defendant") acting *pro se*, hereby respectfully requests to appear telephonically at the August 5, 2009 hearing on parties' cross motions for summary judgment.

   Defendant currently resides in Charleston, South Carolina.  Defendant has a scheduled Hearing with an IRS Appeals Officer, in Columbia, South Carolina at 1:00 pm on August 4, 2009, a hearing related to litigation in U.S. District Court in South Carolina in *Debevc v. United States of America*, Case No, 2:08-cv-02755-DCN-RSC.  Moreover, Defendant is experiencing severe financial hardship and the cost of travel to San Francisco, CA from Charleston, SC would strain Defendant's meager financial resources beyond a critical point.

   For the foregoing reasons, Defendant respectfully requests that the Court grant him the ability to attend the August 5, 2009 hearing telephonically.  Defendant may be contacted at the following telephone number: **(843) 762-6116**.

   Please also take notice that Defendant has requested the assistance of Edward O.C. Ord, Esq. to file this letter request to insure that this request would reach the Court in a timely manner.  Defendant is unfamiliar with the electronic filing system and local filing rules.


Dated:  July 31, 2009                                    Respectfully Submitted,


                                                         By  /s/ Yurij Debevc
                                                         Yurij Debevc
                                                         *Pro Se*



8/4/09

Telephonic appearances permitted only if ALL parties will appear telephonically and hearing held at a different time.

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Joseph P. Russoniello<br>United States Attorney<br>Thomas Moore<br>Assistant United States Attorney<br>Chief, Tax Division<br>9th Floor Federal Building<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California  94102<br>*Attorney for Plaintiff* | Nathan E. Clukey<br>Ellen K. Weis<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 7238<br>Ben Franklin Station<br>Washington, D.C. 20044<br>(Nathan.E.Clukey@usdoj.gov)<br>*Attorney for Plaintiff* |
| HUONG T. BAILIE<br>Trial Attorney<br>160 Spear Street, 9th Floor<br>San Francisco, California  94105<br>*Attorney for Plaintiff* | Farley J. Neuman (fneuman@jgn.com) Special<br>Tom Prountzos (tprountzos@jgn.com)<br>Jenkins Goodma Neuman & Hamilton LLP<br>417 Montgomery Street, 10th Floor<br>San Francisco, California  94104<br>*Attorneys for Defendant, Robert Nagy* |

Edward Ord
ORD & NORMAN
233 Sansome Street, Suite 1111
San Francisco, California 94104

Charles Cathcart (*pro se*)
PO Box 754
Tuxedo Park, NY  10987
Email:  cathcartc@yahoo.com


                                                /s/ Edward Ord____
                                                  EDWARD ORD