**United States District Court**
For the Northern District of California

1
2
3
4               UNITED STATES DISTRICT COURT

5               NORTHERN DISTRICT OF CALIFORNIA

6    UNITED STATES OF AMERICA,                Case No.  C07-04762 PJH (JCS)

7              Plaintiff(s),                  **ORDER GRANTING IN PART AND**
                                              **DENYING IN PART DEFENDANTS**
8         v.                                  **MOTION TO SHORTEN TIME [Docket**
                                              **No. 289]**
9    CHARLES CATHCART, ET AL.,

10             Defendant(s).
                                          /
11

12        On August 3, 2009,  Defendants' Charles Hsin and Franklin Thomason filed a Motion to

13   Shorten Time to Hear Defendants' Motion to Compel the Completion of The Deposition of Third

14   Party Witness Timothy Scrantom.

15        IT IS HEREBY ORDERED that the Motion to Shorten Time is GRANTED in part.  The

16   opposition shall be filed on **August 10, 2009.**  No reply brief shall be filed.  Upon the filing of the

17   opposition the Court will determine what further proceedings are necessary. The remainder of the

18   Motion is DENIED.

19        IT IS SO ORDERED.

20

21   Dated:  August 6, 2009

22                                          _____
                                           JOSEPH C. SPERO
23                                         United States Magistrate Judge

24
25
26
27
28