UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

No. C 07-04762 PJH

    v.

**ORDER**

CHARLES CATHCART, et al.,

    Defendant(s).

_____/

The court has this day signed stipulated injunctions entered into by the United States and individual defendants Robert Nagy, Franklin Thomason and Charles Hsin. Thus, the only remaining defendants appear to be Yurij Debevc, Charles Cathcart and Optech Ltd. The remaining parties are ordered to file a joint status statement setting forth whether settlements are likely and/or whether the remaining defendants will proceed to trial. This information is necessary so that the court may determine which, if any, of the submitted motions will need to be decided in advance of the November 16, 2009, trial date. The statement must be filed by September 18, 2009.

**IT IS SO ORDERED.**

Dated: September 10, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge