UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CHARLES CATHCART, et al.,

    Defendants.
_____/

No. C 07-4762 PJH

**ORDER DENYING REQUEST FOR RECONSIDERATION**

The court is in receipt of defendant Debevc's response to the court's September 10, 2009 order requesting a status update from defendant, in which defendant requests that the court grant reconsideration of the stipulated injunction against defendant, that was agreed to by both parties and entered by the court on September 14, 2009.

Defendant's request for reconsideration is procedurally improper, in view of the fact that it seeks reconsideration of a stipulated injunction entered by the parties pursuant to settlement discussions. As stated by the court previously, the parties are free to negotiate the terms of an injunction as they wish and the court has no authority to coerce particular settlement terms. Accordingly, and furthermore in light of the court's September 18, 2009 order referring the defendant and the government to a settlement conference before the Magistrate Judge, defendant's request for reconsideration is hereby DENIED.

**IT IS SO ORDERED.**

Dated: September 24, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge