UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff(s),<br><br>    v.<br><br>CHARLES CATHCART, ET AL.,<br><br>    Defendant(s).<br>_____/ | Case No. C07-04762 PJH (JCS)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR PROTECTIVE ORDER LIMITING USE OF DEPOSITION OF RECORDED STATEMENTS OF NON-PARTY WITNESS RANDOLPH ANDERSON TO THIS ACTION [Docket No. 313]** |

On September 8, 2009, Non-Party Witness Randolph Anderson filed a Motion for Protective Order Limiting Use of Deposition of Recorded Statements of Non-Party Witness Randolph Anderson to this Action. (the "Motion").

Good cause appearing, IT IS HEREBY ORDERED that the deposition of non-party witness Randolph Anderson may not be disclosed to persons or entities other than the parties to this litigation and their counsel, provided however that the deposition may be used in any penalty proceeding or litigation, including any administrative proceeding, that has been filed or may in the future be filed against any of the defendants herein pursuant to sections 6700 and 6701. Nothing in this Order shall be read in restrict the use of the Anderson deposition in this case or as a ruling on whether pleadings referencing or containing the Anderson deposition should be filed under seal.

IT IS SO ORDERED.

Dated: September 29, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge