UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. C07-04762 PJH (JCS) |
| Plaintiff(s), | |
| v. | **ORDER VACATING ORDER GRANTING IN PART, DENYING IN PART MOTION FOR PROTECTIVE ORDER AS TO NON-PARTY WITNESS RANDOLPH ANDERSON [Docket No. 338]** |
| CHARLES CATHCART, ET AL., | |
| Defendant(s). | |

On September 29, 2009, the Court entered an Order granting in part, denying in part the Motion for Protective Order as to Non-Party Witness Randolph Anderson [docket no. 338] (the "Order").

IT IS HEREBY ORDERED that the Order is hereby VACATED, and the Order signed by Judge Hamilton on September 23, 2009 [docket no. 334] shall remain in effect.

IT IS SO ORDERED.

Dated: September 30, 2009

_____
JOSEPH C. SPERO
United States Magistrate Judge