UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff(s),

    v.

CHARLES CATHCART,

    Defendant(s).
_____/

No. C 07-4762 PJH

**ORDER ADVANCING PRETRIAL CONFERENCE**

The court continued the pretrial conference from October 29, 2009 to November 12, 2009, in order to afford plaintiff with sufficient time to oppose defendant's untimely motions in limine. However, as plaintiff has filed it's opposition brief early and the court has had time to review all pending motions, and because the court wishes to discuss the trial schedule with counsel as early as possible, the **November 12, 2009 pretrial conference is ADVANCED to November 5, 2009 at 1:30 p.m.**, in Courtroom 3, Oakland Courthouse, 1301 Clay Street, Oakland, California, 94612.

    **IT IS SO ORDERED.**

Dated: October 30, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge