UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff(s),

    v.

CHARLES CATHCART, et al.,

        Defendant(s).

_____/

No. C 07-4762 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Even though the court's pretrial order advised plaintiff to notice this motion on the calendar of Magistrate Judge Spero, the renewed motion for default judgment has been noticed on the calendar of the undersigned.  That January 6, 2010 hearing date is VACATED, and the matter is once again referred to Judge Spero for a report and recommendation on the renewed motion.

    The parties shall contact Judge Spero's courtroom deputy for instructions on how to proceed.

    IT IS SO ORDERED.

Dated:  December 1, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge