JOSEPH P. RUSSONIELLO
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6935
NATHAN E. CLUKEY (VABN 41347)
ELLEN K. WEIS (VABN 77454)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 202 616-9067
Facsimile: (202) 514-6770
Email: nathan.e.clukey@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES, <br>           Plaintiff, <br>     v. <br> CHARLES CATHCART *et al.*, <br>           Defendants. | Civil No. 03:07-cv-4762-PJH-JCS <br><br> LETTER REQUESTING PERMISSION TO APPEAR TELEPHONICALLY AT HEARING OF FEBRUARY 12, 2010 |

      Counsel for the United States respectfully requests permission to appear telephonically at the hearing scheduled for February 12, 2010, regarding the United States' Second Motion for Default Judgment as to Derivium Capital USA (Doc. # 400). Derivium Capital USA has never entered an appearance in this matter. (*See* Docket.) No party filed has an opposition brief to the government's motion, which was required by this Court's order to be submitted by January 22, 2010. (*See* Doc. # 402).

4412902.1

If the government's request to appear telephonically is granted, counsel for the United States, Nathan E. Clukey, may be contacted at the following telephone number: (202) 616-9067.

DATED: February 3, 2010.

        Respectfully submitted,

        JOSEPH P. RUSSONIELLO
        United States Attorney

        /s/ Nathan E. Clukey
        NATHAN E. CLUKEY
        ELLEN K. WEIS
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 7238
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone: (202) 616-9067
        Facsimile: (202) 514-6770
        Email: Nathan.E.Clukey@usdoj.gov

Dated: Feb. 4, 2010

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the United States' Letter Request has been made, this 3rd day of February, 2010, by filing the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

Steven Soulios (ssoulios@rutasoulios.com)
Ruta & Soulios LLP
1500 Broadway
21st Floor
New York, NY 10036
*Attorney for Charles Cathcart*

Farley J. Neuman (fneuman@jgn.com)
Tom Prountzos (tprountzos@jgn.com)
Jenkins Goodman Neuman & Hamilton LLP
417 Montgomery Street, 10th Floor
San Francisco, CA 94104
*Attorneys for Robert Nagy*

Edward O.C. Ord (ordeoc@sbcglobal.net)
Ord & Norman
233 Sansome Street, Suite 1111
San Francisco, CA 94104
*Attorney for Charles Hsin and Franklin Thomason*

Yuri Debevc (*pro se*)
1483 Burningtree Road
Charleston, SC 29412
ydebevc@attglobal.net

/s/ Nathan E. Clukey
NATHAN E. CLUKEY

4412902.1