UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff(s),

    v.

CHARLES CATHCART, et al.,

        Defendant(s).
_____/

No. C 07-4762 PJH

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    The court has reviewed Magistrate Judge's Report and Recommendation Re: plaintiff's renewed motion for default judgment as to defendant Derivium USA (docket # 407). No objections to the report have been filed. The court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, plaintiff's motion for default judgment (docket # 400) is GRANTED. Judgment is entered by separate order.

    IT IS SO ORDERED.

Dated: March 5, 2010

                      _____
                      PHYLLIS J. HAMILTON
                      United States District Judge